# United States District Court
## Southern District of Texas

Case Number: _O3cv 3641_

Continuation.
## ATTACHMENT

Description:

_____ Motion to Decertify

_____ Class

_____

_____

_____

**TGF Equal Employment Policy**

**TGF** is, and always will be, an **Equal Opportunity Employer**. We hire regardless of race, religion, age, national origin, sex, or sexual orientation.

✂ **TGF** employs qualified people on the basis of **ability** and **merit**.
✂ Wages are paid according to job classification and **performance**.
✂ **TGF** provides training for all its employees and promotes from within whenever possible.

**TGF** offers the best and most comprehensive benefits package for the benefit and protection of our employees and their dependents.

# THE FOUNDATION

## The Company and Its Concept

**TGF** is a national hair care system dedicated to providing the best value and service to customers by maintaining proven high standards of performance and ensuring quality to every customer who enters a **TGF** salon. The system is built on the mutual commitment of **TGF**, the manager, and staff to combine their skills to meet customer needs.

**TGF** was established in 1984. The concept was developed as an *a la carte* approach, offering customers the option of only paying for services they needed. Customers responded favorably, and their response contributed to unprecedented growth throughout the nation. The **TGF** management team has a breadth and depth of experience in all areas of management, planning, cosmetology, and salon operation.

The foundation of the **TGF** system is built around a belief that customers of the '90s and beyond will demand **convenience**, **quality** and **price**. **TGF** will set itself apart in the industry because of its commitment to provide all three of these critical factors to its customers throughout the system.

Providing **convenience** to customers means easy-to-get-to locations, appropriate parking places, and an easy-to-see sign that's visible from the street. Beyond the critical importance of location, convenience also means that we are open when the customers want and need our services, and we allow them to seek services without scheduling appointments.

**Quality** to our customers is a combination of doing our very best in hair techniques along with polite customer handling. We also believe that customers seek quality in the environment where they do business, which means we need to be conscious of our salon's appearance and cleanliness at all times.

**Price** is also an important factor to customers as they seek our services. We want to provide the customers with the best value for the dollars they spend in our salons. We believe that combining **convenience**, **quality** and **price** lays the foundation for the best value to the customer.

**TGF** requires the salon to operate according to certain standards and operating systems. Often, a **TGF** supervisor will visit your shop to help solve problems, offer suggestions, and recognize the efforts of the manager and their staff.

## The TGF Promise To Our Customers

✕ We promise to greet you promptly.
✕ We promise to provide prompt service and accurately inform you of wait times.
✕ We promise to ask you what you want.
✕ We promise to provide ideas and suggestions when we're asked.
✕ We promise to listen carefully and confirm what you want before we begin the service.
✕ We promise to provide added convenience by recommending professional products like those in our SHIVA line.
✕ We promise to save you time by providing efficient, quality service.
✕ We promise to blow-dry your hair.
✕ We promise to ask if you're satisfied and provide you a receipt with the guarantee clearly stated.
✕ We promise to let you know we care through our attitude and actions.

## Teamwork

**Team Members' Responsibilities -** **TGF** believes that teamwork in the shop, in the system, and throughout the nation is valuable.

### What does teamwork mean?

✕ Teamwork means that employees care about one another and are supportive and helpful in the work environment.

✕ Employees demonstrate teamwork by working together to support the system and the policies and procedures of the system.

✕ The customers become a critical part of the team. The customer is the reason we are in business. Each and every customer is treated professionally and respectfully.

✕ Teamwork means paying attention to the salon lobby, back bar area, and the total environment to make certain that it is clean and comfortable.

When staff works together as a team, it shows. Customers feel comfortable in a pleasant staff environment and will return. Employees enjoy their jobs, and that contributes to increased job satisfaction.

## Our Commitment to Customer Service

All team members have a primary responsibility to serve the customer. The responsibilities listed below demonstrate a **commitment to customer service**:

✕ Employee is responsive and helpful to customers' needs from the time they enter the shop until the time they leave the shop.

11

✂ Employee consistently maintains excellent quality and service to customers.
  ✂ Follows the **TGF** greeting, introduction, and consultation procedures
  ✂ Makes excellent customer contact, smiles, and projects a positive attitude
  ✂ Follows the **TGF** cash-out and send-off procedure, making sure that the customer receives accurate cash and the guarantee

✂ Technical quality of haircuts and perms meets or exceeds **TGF** standards.
  ✂ Provides efficient timesaving services to customers
  ✂ Listens carefully throughout the service to assure satisfaction

✂ Employee represents the **TGF** salon in a professional manner.
  ✂ Follows policies regarding appearance and apparel
  ✂ Keeps station neat and orderly and is polite and courteous to customers at all times

✂ Employee committed to promptly and professionally handling complaints and redos.
  ✂ Follows recommended process with sensitivity to the customer's feelings
  ✂ Recognizes/understands the importance of the phrase, "The customer is always right."
  ✂ Corrects and handles complaints or redos for any other stylist or any other **TGF** location
  ✂ Demonstrates a genuine concern for customer satisfaction

✂ Employee accurately fills out the Customer Invoices, Stylist Daily Report, and checks computer printouts to match tickets.

✂ Employee completes general shop duties to maintain a clean salon environment.
  ✂ Awareness of the customer's perception of "cleanliness"
  ✂ Maintains personal station cleanliness throughout the day
  ✂ Does share of salon duties
  ✂ Abides by all state rules and regulations on sanitation of combs, brushes, and equipment

✂ Employee attends shop meetings.
  ✂ Contributes to shop meetings
  ✂ Develops good co-worker relationships

✂ Employee maintains an acceptable output of work and should be able to perform:
  ✂ 15- to 22-minute haircuts
  ✂ 30- to 60-minute colors or highlights
  ✂ 45- to 90-minute perm services

✂ Employee clearly displays current (PAID-UP) Texas Cosmetology License.

✂ Employee has in possession his/her Social Security Card.

✂ Other duties/responsibilities as assigned:
  ✂ Knowledge about shiva products
  ✂ Flexible in scheduling
  ✂ Abides by **TGF** salon policy
  ✂ Even if on commission-only, stylists **must work** their **complete schedule**.

Your salon manager may have additional responsibilities that are not listed above. These differences may be based on their organization and specific needs they may have.

# COMPANY BENEFITS:  A Brief Overview

## Promotions

When possible, we promote from within our company to managerial positions.  If you would like to grow with **TGF**, inform your manager so you can prepare yourself when the right opportunity arises.  Key items are important for growth into management:

- ✂  Reliability
- ✂  Gross Production
- ✂  High Ticket Averages
- ✂  Retail Sales Ability
- ✂  Motivating Ability
- ✂  Amount of Chemical Work
- ✂  Steady Growth in Chemical Services

## Vacation Time

After working 12 full months of **continuous, uninterrupted** service with **TGF**, full time (those who work 40 hours per week) employees are eligible for **one week** of paid vacation time. Requests for vacation time must be submitted to the corporate office at least four weeks prior to the scheduled vacation time.

Vacation time is calculated by taking the employee's average weekly production over the previous 12-month period.  An employee may choose to take the vacation pay in lieu of time off while continuing to work.

**Stipulations for Vacation Pay** — Vacation pay may be forfeited if an employee demonstrates any of the following:  chronic tardiness, frequent absences, being absent without "good cause," embezzlement, cheating on your timesheet, not clocking out for breaks, not working the day(s) you are scheduled to work.  If an employee leaves the company, vacation pay will not be granted if 2 weeks' notice is not given prior to resigning.  Vacation pay will also not be given if the employee is terminated due to violation of company rules.  **TGF** does not prorate vacation pay.

**The following times may not be requested as vacation time-off:**

- ✂  Two weeks before Easter
- ✂  Two weeks before and after the beginning of the school year
- ✂  Two weeks before Thanksgiving
- ✂  One week before Christmas or New Year's Day

Employees may **not** leave **early** on the workday **before a holiday** without forfeiting one vacation day.

## Continuing Education

**TGF** offers a variety of continuing education courses, which give employees an opportunity to stay current on the latest trends and skills necessary to excel in the hair care industry. Attend as many of these company sponsored training classes as you can. We hold them for your benefit at no cost to you. Any hairstylist interested in a management position must attend these classes.

[Be advised that **TGF** will only pay for hair show tickets, or classes sponsored by third parties, if the event has been pre-approved by company management.]

## Insurance

**After one full year of service,** full time employees (those who work 40 hours per week, allowing for two days off during the week) are eligible to receive company contributions toward their health insurance if they sign up. See your manager for additional information on this plan.

## Retirement

**After one full year of service,** full-time employees (those who work 40 hours per week) are eligible to receive company contributions, including involvement in our 401 K Retirement Plan. (Note: The 401 K Plan is an effective way to plan for your retirement, and is tax free.)

## Holidays

**TGF** is closed for the following holidays:

- ✂ Easter Sunday
- ✂ Thanksgiving Day (always a Thursday)
- ✂ Christmas Day
- ✂ New Year's Day

## Compensation and Tipping

Your compensation and tips are personal and should not be discussed with other neighbors of the shop or with your customers at the salon. **TGF** strives to provide an equitable and competitive compensation plan. **TGF** may provide you with more specific written information on their pay plan. If you are concerned or confused about your compensation, please talk directly with your manager.

**TGF** prides itself on helping you provide the best service in the industry to your customers. In exchange for that service and excellent technical quality, customers will often be tipping you. Your tips are a private matter and should not be discussed with customers.

The following will affect the way your customers tip:

- ✂ How you are dressed
- ✂ How professional your hair and make-up look
- ✂ How the customer is greeted
- ✂ How friendly you are

14

✂ How long the customer waits (At **TGF**, we promise that there's **"No Wait to Look Great."**)
✂ How clean the shop looks
✂ How clean your station looks
✂ How accommodating you are to meeting customers' needs
✂ How well you listen
✂ The quality of the service received

**Tipping and the IRS**

The Internal Revenue Service (IRS) requires that you report your tip earnings. It is your responsibility to maintain the necessary records and documentation to accurately report this with your regular tax forms. This information should be provided to your manager so the proper withholding will occur. Tips, of course, are taxable income, and you should consult your personal tax advisor on how to claim this income. Tipping should be at the client's option only.

The policy on tips is based on the following:

✂ **TGF** does not openly encourage tipping.
✂ Customers are very accustomed to tipping hair care professionals, and tip placement does have a direct effect on tips.
✂ Placing tips loosely on individual station shelves or leaving them "lying around" appears messy. Tip money should not be placed in a bowl or container in view of the customer.
✂ There is a safety and security issue when a business leaves cash in customers' view on a regular basis. This often is an indication of a business that does not handle or control its cash properly and can lead to customer theft, burglary, and other safety problems.

Given this information, the policy on tip placement is:

✂ Tips are to be **concealed** from customers' view.
✂ Options for tip placement include: in the drawer or under the placemat.
✂ Field consultants will observe the placement of tips and will be providing feedback on the policy.

One of the driving forces of this policy is the safety and security issue. Burglaries have been encountered at many **TGF** salons, and we need to have secure cash handling procedures. Additionally, we are confident that placing tips out of the view of the customer will not affect tips and will present a more positive, professional image to clients.

# GENERAL EMPLOYMENT POLICIES & PROCEDURES

**New Employee Paperwork**

You are not an official **TGF** employee until the necessary paperwork has been completed and given to the payroll department. The following paperwork must be completed. If you have any questions on this paperwork, consult your manager.

✂ TGF Employment Application must be completed in its entirety including your signature and a copy of your Social Security Card.
✂ W-4 Tax Form
✂ I-9 form with identification
✂ Policy Manual acknowledgment form

## Changes In Personal Records

Should you have any changes in your personal information during your employment with TGF, make sure these changes are reported to the corporate office, payroll department, with the weekly salon paperwork. Fill out a new W-4 form when you have changes in any of the following:

|  |  |
|---|---|
| ✂Legal change of name | ✂Change of address |
| ✂Change of phone number | ✂Change in marital status |
| ✂Change in number of dependents | ✂Person to notify in case of an emergency |

All information in your personnel file is considered confidential and needs to be continually updated to protect your benefits and correct tax information.

## Training & Technical Training

TGF prides itself on its solid and enjoyable training program. All employees attend the TGF five-day Technical Training Program. This program is designed to further orient you to the TGF system and help you develop skills in technical and customer handling. The training is as valuable for experienced stylists as it is for new graduates.

The technical and customer handling training is centered on the TGF haircutting system. This system has been developed to provide the best customer service and technical quality in the minimum amount of time. Often, our system is referred to as the "experience edge." This means that our system will get you trained faster than just putting in a lot of years servicing the customers. The training provides the opportunity to view video tapes, observe demonstrations, and begin practicing in a hurry.

After you attend the Technical Training program, you will want to apply this system in your salon. A member of your management team will work with you to help you learn the system through practice with supervision. This will prepare you for the certification process.

**Technical Training** - The TGF haircutting system is a very solid basis for a wide variety of technical needs. However, from time to time, needs will arise for specialized technical updates based on current trends and styles. These technical updates may include clipper cuts, perm and color techniques, and product information. This training should help you do your job better and prepare you for growth, if desired, in the TGF system.

TGF provides advanced training for staff interested in moving into management. If you believe that you are ready and qualified for management training, your first contact should be with your manager. They can help you prepare for the training and complete the necessary steps prior to being considered for the training programs. Stylists interested in management training need to meet several expectations: They should be outstanding role models, should dress according to the apparel guidelines, should be proficient in our haircutting system, and should follow

16

procedures and policies. Another factor important for consideration is being flexible and willing to work unscheduled hours. The excellent demonstration of customer handling skills and a devotion to customer service, following the greeting, consultation, the send-off and effectively handling customer complaints are also very important. Another vital factor is the ability and willingness to accurately complete the paperwork with a good sense of math aptitude. As you advance into management, it is expected that you would work 45-50 hours, show ability and a commitment to working necessary hours. And, finally, you would need to demonstrate leadership abilities, which would mean that you could work through others, create a positive, cooperative work environment and a commitment to build the salon clientele.

## Certification

Certification is a demonstration of your ability to apply the system you have learned. It requires a commitment to learn and apply this system every day in your salon. Certification assures us that you are comfortable and knowledgeable with the **TGF** system of haircutting. Your manager or assistant manager will work with you to help you become certified within six weeks from the completion of your training. If you are unable to become certified within six weeks or have difficulty in the certification timeframe, you may be terminated.

### Employee Probationary Period

The company requires all employees to serve a 90-day probation period. During this time, an employee must demonstrate his/her ability and willingness to perform the duties and fulfill the responsibilities of his/her position. Probation periods are specific to each salon and will apply to all transfers, rehires, and promotions.

You can become a **TGF** team member by maintaining a good work record, which indicates your ability and willingness to perform in the following areas:

- Overall productivity (gross sales)
- Ticket average productivity
- Initiative
- Retail sales ability
- Reliability
- Work schedule flexibility
- sh̃īvᴀ Promoting ability
- Maintaining the required number of request clients
- Attending a minimum of two classes or seminars each month

A probation period may be extended at the discretion of the salon manager or may be imposed to correct substandard work performance or as a form of discipline. If the probation period is extended, your manager will advise you that the period is being extended. In any event, **completion of a probationary period does not guarantee continued employment or alter the at-will- employment relationship**. Continued employment is based on satisfactory job performance with respect to all aspects of your position.

17

**Appearance & Dress Code**

Your personal appearance forms a customer's first impression. Dress should be professional, makeup fresh and neat, and hair styled fashionably. The company prohibits the following: jeans, pants made of denim, or jeans-cut pants, regardless of color; sleeveless shirts/blouses; T-shirts (except **TGF** T-shirts); sweatshirts; tennis-type shoes (canvas or leather); bare stomachs; and bare feet. Your manager will discuss the specific dress code in your salon. Make-up must be applied and hair styled before work. Contact with customers is close, so make sure your personal hygiene is impeccable, and please, no gum chewing! The company reserves the right to discuss and individual's dress and hygiene at any time with the particular employee and require the appropriate.

The following dress code is for every member of the staff. This dress code is valid seven days a week. Compliance is mandatory. Management reserves the right to send you home without pay if necessary. Check your appearance in the mirror before leaving for work. Do you look professional? Does your appearance make you feel confident?

**Dress Code for Women**
Black and white attire with the following being acceptable:

- ✂ Black pants (no leggings or spandex)
- ✂ Black skirt
- ✂ Black shoes
- ✂ Solid black or solid white shirts or **TGF** T-shirts
- ✂ Bra and appropriate undergarments
- ✂ Pantyhose with open-toed shoes
- ✂ Make-up is required.
- ✂ Hair should be worn in the latest fashion.

All clothing must be clean, pressed, and in good repair, with no stains or wrinkles. Hosiery may not have runs or snags.

**Dress Code for Men**

- ✂ Long black pants
- ✂ Black shoes
- ✂ Solid black or solid white shirts or **TGF** T-shirts
- ✂ Black socks
- ✂ No make-up
- ✂ Hair should be clean-cut and styled in the latest fashion.
- ✂ All clothing must be clean, pressed, and in good repair, with no stains or wrinkles.

**Personal Hygiene**

- ✂ Bathe daily and use deodorant.
- ✂ Use mouthwash or breath spray.

✂  Fingernails should be well groomed.
✂  Shoes must be clean and in good condition for working.

## Meetings

Being a part of a supervisory organization offers you the opportunity to get involved in a variety of meetings in your market.   These meetings could be management meetings, employee meetings, social activities, and technical updates.  These meetings provide you an opportunity to learn more about your industry and your position, and give you a chance to meet staff from other **TGF** salons.  Attendance at these meetings is encouraged, and we are confident that you will believe this is a good use of your time.

## Hours of Operation

**TGF** salons are open from 9 a.m. to 9 p.m. Monday through Friday, Saturday from 9 a.m. to 7 p.m., and Sunday from 10 a.m. to 6 p.m.  Operating hours for your salon may vary, depending on the location of your salon and the center in which it is located.

Salon hours are a guideline for our customers.  The open sign should never be turned off. Always accept clients until closing times, and later, if you can stay.  Chemical work may be stopped 30 minutes before closing time.  No one may leave the salon without checking the cleaning duties, their stations and the posted schedule for any changes.  You are responsible for checking your schedule daily.

## Work Schedule

**TGF** is open seven days a week.  The **TGF** work week begins on Saturday and ends on Friday. Your weekly work schedule is posted at the salon and is based on client and salon needs.  Every effort will be taken to accommodate employee work schedule requirements.

Because of our customers' needs, you can expect that your schedule will vary greatly from week to week.  **TGF** salons are not unlike other hair care salons where there are definite peaks and valleys in our customer demand.  However, at **TGF** we are continually striving to maintain a more even customer base and provide you with a dependable wage.

The manager schedules individual working hours according to client and salon needs.   An individual's work hours are subject to change without notice as emergency conditions or shift coverage requirements arise.  Every effort will be made to give as much notice to the stylist as possible when a shift change is required, but there may be instances necessitating little or no notice.

Because of customer needs, you will be expected to be very flexible in the hours worked.  Many **TGF** salons ask stylists to work split shifts, which, for example, could mean working 10 a.m. to 1 p.m. and then returning from 5 to 9 p.m. on the same day.  There may also be times when you will be asked to work beyond your scheduled time because the lobby is full.   If there are customers waiting, it is important that you are willing to stay until the lobby clears.

Requested schedule changes may be discussed with the salon manager. If you will need a specific day or time off, your manager will have a system for you to put that in writing well in advance. This will help your manager plan better to meet the traffic in your shop.

Once scheduled at a certain time, it is your responsibility to work that scheduled shift. The shop cannot operate effectively in your absence. Your manager would need to be notified at the earliest possible time if you were unable to work a shift due to illness, family emergency, etc. Honesty and dependability are valuable characteristics to the team. (**Commission-only** employees **must** also work **entire shift**.)

However, salon scheduling requirements will always take precedent over employee scheduling requests, and any changes in the posted schedule must be approved in advance by your manager or assistant manager.

### Clocking In & Start of the Shift

As a wise stylist once said, "Ability is a wonderful thing, but its value is greatly enhanced by dependability." Or, to put it another way, be sure you arrive **15 minutes early** so you are prepared to work at your scheduled time.

### Clocking Out & End of the Shift

Employees **must clock out** (go off the clock) in the following instances:

- You are not physically present at the salon.
- You are on a smoking break.
- You have left the salon to run a personal errand.
- You are in the back reading the newspaper.
- You are on a phone call unrelated to work. (Employees are discouraged from making or receiving personal calls, except in cases of emergency.)
- You are working on another employee's hair. (This must be done in the **last chair** located in the very back of the salon.)

We are, as you know, in the service business. As a result, our **clients' schedules will always have priority over our own**. You will be expected to begin working on a client, even if it will mean staying past your scheduled departure time. You should, of course, note your departure time on your time sheet so it accurately reflects the actual hours worked. We take haircuts up to closing time. Leaving early because the salon is "slow" is not allowed without the manager's approval. Leaving early without permission will result in the same penalties as arriving late.

No one should leave the salon without cleaning their station and helping make the salon ready for the next morning shift. You are **never** to be in the salon alone past closing time. When leaving, you must remove all objects from the top of your work station and leave it **clean** and **clear of clutter**.

### Absences

If you are going to be absent from work due to illness or an emergency, inform the salon manager as soon as possible. Each employee's work is critical to the success of the salon, so it is necessary to give your manager enough time to schedule around your absence. The more notice

we have, the easier it is to plan around your absence. You are expected to work unless you have an unforeseeable emergency or have informed your manager otherwise. **If an employee is absent for two consecutive days without notifying their manager, that employee will be terminated and becomes subject to the "new hire" policy.**

**Jury Duty** – Leaves of absence will be granted for jury duty. If you are called but not impaneled, it is expected that you report back to work and complete the rest of the day. Proof of service, which is provided by the court clerk stating the dates of your service, should be submitted upon your return to work. If asked to serve on a jury, check with your manager as soon as possible to allow time for scheduling changes.

**Disability / Medical Leave** – Occasionally, an employee is too ill to work for an extended period of time. In these cases, the employer reserves the right, at his or her discretion and in compliance with applicable laws, to assign other duties that the employee is able to perform. The employer also reserves the right to seek a doctor's certificate verifying the employee's inability to perform regularly assigned duties for medical reasons.

The employee should first use accumulated sick leave. If additional time off is required, accumulated vacation leave should be used. If additional time off is still required, the employee should then request disability leave, which will be granted or denied per the discretion of the employer.

Whenever practical, a request for disability leave should be submitted **in writing** seven days before the leave is to begin. Requests may be granted for a period of up to 45 days, at the discretion of the employer. Employees will generally be entitled to disability leave only for such times as they are medically unable to perform regularly assigned or alternative duties. No benefits shall accrue during disability leave. The employer may seek a doctor's certificate to verify the employee's inability to work.

Following disability leave of **not more than 45 days,** an employee will be considered for reinstatement to his or her same position or a substantially similar position, if a position is available. If the employee is not offered the same or a substantially similar position, employment will be terminated. The individual will, at the discretion of the employer, be placed on a hiring list and will be considered for re-employment for available positions. The individual will generally remain on the hiring list for one year following the date on which the individual was able to return to work.

This policy shall apply to all medical disabilities including those related to pregnancy, childbirth, or related medical conditions. This policy is subject to state laws pertaining to dependent care or parental leave. This policy may also change if federal laws or related statutes change.

## Leave of Absence

You may be entitled to an unpaid leave of absence for illness to employee, family member, child delivery, or adoption of a child for up to four weeks upon prior approval of the corporate office.

## Tardiness

You are required to be at work at least 15 minutes before your scheduled shift starts. This allows you to make certain your station is set up and that you are properly prepared to take customers when the salon opens. You should be ready to receive a client at the beginning of your shift. You will also be considered tardy if you arrive late from lunch breaks or classes. Excessive tardiness is a violation of company policy, which can result in disciplinary action and/or termination.

Tardiness is considered rude and inconvenient to both clients and fellow employees. You may be changed to either part-time or dismissed from the salon as a result of unauthorized absences or tardiness.

Arriving late for your shift without a legitimate excuse will also result in the following:

- ✂ If you are late **one time** in a two week pay period, you forfeit **one day commission**.
- ✂ If you are late **two times** in a two-week pay period, you forfeit **one week commission**.
- ✂ If you are late **three times** in a two-week pay period, you forfeit **two weeks commission**.
- ✂ If you are late **four times** in a two-week pay period, you forfeit **vacation pay**.
- ✂ If you are late **five times** in a two-week pay period, you will be **reduced to part-time, receive time-off without pay, or be dismissed**.

If illness or other developments prevent you from coming to work when scheduled, you are expected to call and inform your manager by 8 a.m. This will help your manager plan around your unexpected absence and minimize the disruption that it will cause.

## Commitment to Quality

**TGF** and its supervisors have an ongoing commitment to the best quality and service in the hair care industry. This means that we need to let you know when you are doing excellent quality work and provide feedback when necessary to improve your quality. This is done through regular checks on customers in the salon. Typically, the manager or assistant manager will approach customers and let them know that in our system we strive for the best quality and occasionally check haircuts and get customer feedback. The manager or assistant manager will speak briefly with the customer and then provide specific feedback to you. The amount of spot checks will depend upon your length of time with the company and your experience and prior spot check evaluations.

## Advancement Opportunities

Our salons have a **commitment to provide advancement and growth opportunities to their internal staff.** Your advancement opportunity is multiplied because of our large number of locations and continued growth in the industry. This means that you may have the opportunity to look at positions in other **TGF** locations including the ones in other cities.

Typically, you would seek a management growth opportunity within your supervisor group. If a manager who operates one salon employs you and that salon has a qualified manager, you may want to discuss your desire with the manager and supervisor. As openings are posted or communicated in your market, you should discuss your interest with your manager. If you are applying for a position in another **TGF** corporate organization, keep your manager and

supervisor informed. There is information regarding your benefits and training that should be discussed prior to any position being accepted. Clear communication from manager to supervisor is critical to assure that all training, certification, and benefits information is done correctly.

In the **TGF** system, there are many different performance review processes used by the various supervisors. **TGF** encourages supervisors to review their managers, and managers to review their staff on at least a monthly basis. This review should include observation of technical skills, review of customer handling skills, involvement in the shop, flexibility, and other factors important in our business and serving the customer. This review process gives you an opportunity to identify your strengths in areas that you may want to improve. In addition to regularly scheduled performance reviews, documentation is a form of feedback. Documentations may include both positive and constructive feedback regarding the way you do your job. They should provide specific information, and that will be shared with you. This is a valuable tool for you to gain ongoing feedback about your day-to-day performance. Documentation also includes the quality checks, performance reviews and customer service forms (redos and complaints).

## More Advancement Opportunities

**TGF** and its supervisor believe that you should have the ability to advance to your capability. The supervisor, along with the corporate office, seeks internal candidates for many openings within the organization. Positions as assistant managers, managers, general managers and supervisory staff are often posted in the market, and interested candidates are encourged to apply. You are provided training and support to help you advance within the **TGF** system.

Although there is opportunity for upward movement, **TGF** supervisors have also made a commitment to those people who desire to be the best stylists in our shops. Staff will not be pushed toward growth opportunity if that is not their goal. Ongoing customer handling and technical training will be provided to all staff to keep them current and challenged within the hair care industry.

## Transfers & Inter-Salon Transfers

**TGF** has opportunities in many major metropolitan areas. If you are leaving one geographic area of the state and would like to determine if there is an opportunity for you at another **TGF** location, simply contact our **corporate office** at **713-952-8080** or **1-800-622-1330**. Although there is no guarantee of available positions from market to market, chances are good that you can find a job at a different location with **TGF**. In any transfer situation, your first contacts should be your manager. There may be additional transfer guidelines that should be followed, and these guidelines will assure that all information is clearly communicated for your transfer.

Transfers between salons on a permanent or temporary basis will be necessary as the need arises. These transfers **are not optional** and are considered part of your employment requirements. Every effort will be made to provide as much notice as possible, but short notice transfers may be necessary during emergency situations. Requested transfers to another **TGF** salon will be considered as opportunities arise.

## Resignations

In the unlikely event that you voluntarily terminate your position, you will be asked to complete forms related to your leaving us along with information about your **insurance**. Completing these forms is **your responsibility** to assure **insurance** continuation.

When possible, as you leave your employment in a **TGF** salon, an **exit interview** may be conducted. This gives management an opportunity to ask you questions about the time you spent at their salon and helps us resolve any concerns you may have. The exit interview may be conducted by the assistant manager, or manager. It is very simple and just requires your taking a few minutes to answer some general questions.

As you leave your **TGF** salon, there are many things that need to be done to assure a smooth transition for you and the **TGF** salon. **All keys, manuals, and other items owned by the salon should be returned prior to receiving your last paycheck.** You will also be asked to sign a termination agreement that identifies the reason for you terminating employment and reviews some general information with you. This is for your protection as well as the protection of the supervisor.

We ask that you give **written notice at least two weeks prior to the day you plan to leave.** The salon manager will decide if you are to fulfill notice depending upon the circumstances of your resignation. All rules and regulations will still apply during these two weeks. Please note: **All clients' phone numbers, chemical service cards, and any other client information is the sole property of TGF. Use of this information for personal gain will be considered theft and legal action will result.**

If **two weeks' notice** is **not** given, all commission(s) will be forfeited for the time worked until quitting and the **employee's base pay will be reduced to minimum wage for the final pay period.** Commission(s) will also be forfeited, and only minimum wage per-hour base pay will be given for the following:

- ✂ Taking client information for personal gain – Don't do it!
- ✂ Recruiting **TGF** employees for another salon – Don't do it!
- ✂ Theft of company property or supplies – Don't do it!
- ✂ Padding time sheet for hours not worked – Don't do it!

## Involuntary Termination

Involuntary termination (being fired) will result if you are unable to perform your job at the expected level. Typically, you can be fired after continued performance problems or a single serious performance problem. Performance problems could include absenteeism, repeated tardiness, unacceptable appearance, low productivity, inaccurate record keeping, poor customer handling, etc. The following are grounds for **immediate termination: theft of money or products, falsifying records, use of alcohol or drugs on the shop premises, selling alcohol or drugs in the shop, abusive or violent actions, or any other illegal actions on the premises.**

**Failure to abide by the rules, regulations, and procedures contained in this manual can be grounds for dismissal from TGF. It is importat that you read, understand, and follow the information contained in this manual.** Questions should be discussed with your manager.

**Rehire Policy**

Employees who leave the **TGF** system on good terms can be rehired at a later date. You must report to the corporate office to find out if you are eligible for rehire. Employees who have been gone from **TGF** more than six months must be re-certified. Those who have been gone more than a year must re-attend training and be re-certified.

**Theft**
(For more information on Theft & Loss Prevention, see Appendix I)

Theft of any company property including, but not limited to the following, are grounds for immediate dismissal.

- ✂ Supplies
- ✂ Client phone numbers
- ✂ Company sales information
- ✂ Company forms
- ✂ Chemical service cards
- ✂ Products  ✂ Cash

Furthermore, salon associates may not remove any company-owned property (retail or in-house merchandise, beauty salon fixtures, furniture, equipment or accessories). Company policy requires proper documentation and authorization.

**Legal action will be taken for theft case, and prosecuted to the full extent of the law.**

**Substance Abuse**

Use of either drugs or alcohol on company property is grounds for dismissal. We reserve the right to conduct random drug testing at any time.

**Food and Drinks**

Food and drinks are allowed only in the break room.

**Smoking Policy**

**TGF** does **not** allow smoking in any of its salons. Please do not allow your clients to smoke in the salons, but never be rude. We encourage our stylists not to smoke in front of the salon, and never have more than one stylist away from the salon at any given time for a smoke break. All **TGF** salons are designated as **non-smoking** for the benefit (and health) of the employees and customers.

**Chewing Gum**

Chewing gum during working hours is not allowed. It does not look professional. Try breath mints, sprays or other products.

25

## Check Cashing Policy

No **TGF** employees or clients are allowed to cash personal checks from our register. We are a hair salon – not a bank.

## Safety and Security

We are concerned about your safety and security. **TGF** is a retail cash business and is, therefore, subject to different kinds of theft. Our salons have procedures for securing the deposits. **(Deposits must be made daily.)** Additionally, you will want to make certain that your personal belongings (purse, jacket) are in a safe location away from customer traffic. In the event of any type of theft, contact your manager promptly so they can help take the necessary steps.

It's also important that employees help create a safe and secure environment. Therefore, employees may not make any physical threats or be verbally abusive in any way. Employees may be terminated immediately if their behavior, verbal or physical, is threatening to customers or employees. **Employees must not carry any weapons into the salon, including knives or guns.** If an employee feels threatened, they should notify their manager or supervisor immediately.

## Large Bags & Purses

Theft is widespread in the workplace. In order to reduce the threat of theft, **TGF** has set out a specific policy with regard to bags and purses. Every bag an employee brings into the salon should be see-through. **TGF** reserves the right to examine the contents of any package or bag being taken from the salon.

## Parking

One of the key foundations of **TGF** is convenience. In order to provide our customers with convenient services, the parking area closest to our shop should be reserved for those customers. **You, the employee, should park at least two rows from the entrance to the shop.**

Often, the landlord of the center that you are in will dictate where you can and cannot park. Please talk with your manager about any restrictions and where you should park. In the interest of safety, we ask that you not park behind the building or in an unlit area if you are on duty after dark. This may require your having to move your car in the late afternoon. Specific information regarding your center can be discussed with your manager.

## The Back Door Policy

In some **TGF** salons, we install back doors for easy access to the dumpster. The back door should remain closed **at all times.** No smoking, sun bathing, etc., is to be done outside the back door.

## Recycling Program

**TGF** has an effective recycling program at all salons. Boxes are placed in the receptionist area and displayed prominently for every customer to view as they walk into the salon. The sharp decoration and placement of the recycling box is designed to serve two purposes: 1) It reminds everyone that **TGF** practices recycling in all their salons, and 2) It helps to remind our clients that we offer a 50-cent incentive towards their next purchase of products for every empty bottle of hair care product they return to the salon. (Only those products carried by **TGF** salons are eligible for the **TGF** Recycling Program Rebate.)

Every week, each salon must bring its accumulation of empty bottles to the corporate office, so it can be recycled at the City of Houston Recycling Center. **TGF** has the only recycling program of this kind in the salon industry today. **TGF** is also a member of the Houston Corporate Recycling Council.

## Accidents

Accidents do happen in our business. It could be a toddler taking a minor tumble in the lobby and getting a scratch on the head, a cut finger with sharp shears, or an automobile accident in front of the shop.

In the case of any accident, your primary focus should be on getting any necessary medical attention and remaining calm and professional. In any accident where medical attention is necessary, report the accident promptly to your manager. Write a description of the accident as soon as possible and fax to the corporate office.

In the case of an accident where someone does not seek immediate medical attention but may require it in the future, document that as well. That kind of incident may be a fall where a back or neck injury may develop later or in a situation with an employee lifting heavy items. It never hurts to have more records than necessary, but it is often difficult to reconstruct an accident at a later date.

If you have questions about reporting an accident or whom you should contact, first call your manager and then your supervisor to identify any other contacts that might be helpful to you. As you deal with an insurance representative if a claim has been processed, your honesty and promptness in replying is very helpful. Accidents don't happen often, but when they do, you need to be sure that you do have the proper information.

## Reporting Injuries

All employees must report any work-related injury or illness to the salon manager immediately after an injury occurs. An accident (First Report of Injury) must be filled out and submitted to the corporate office within 24 hours of the accident.

## Sexual Harassment

On-the-job harassment at **TGF** salons will not be tolerated. **TGF** has a **zero-tolerance policy** toward sexual harassment in any form. An employee found to have acted in violation of this policy, will be **terminated** at once.

Sexual Harassment includes **unwelcome** sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when:

✂ Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment.

✂ Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual.

✂ Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile or offensive work environment.

Any employee who believes he or she is being subjected to sexual harassment should feel free to object to the behavior, although it is not necessary for the employee to handle it alone.

If an employee is being harassed (sexual or otherwise) or offended by either another employee, supervisor, manager, customer, or any person whom he or she encounters in the course of employment (whether it is a member of the opposite sex or same sex) and does not wish to deal with the problem directly, the employee should report the conduct to one of the following people: the manager, supervisor, or you may also telephone, toll-free, the corporate headquarters at **1-800-622-1330** and speak to the director of operations, or, for that matter, any corporate officer with whom you feel most comfortable.

**Any claims of sexual harassment will be investigated.** If the facts appear to support violations of this policy, appropriate action will be taken which may include termination of employment.

Please know that **you are not alone**; you have options at your disposal.

Again, **TGF** advocates a **zero-tolerance policy** towards any harassment.

## Discrimination in the Provision of Services

**TGF** welcomes and desires to serve all customers. We do not discriminate with respect to the provision of services on the basis of a protected status under federal or state law.

Refusing to perform a service or delaying a service because of a customer's protected status is a discriminatory act, which is legally and morally wrong. If your salon offers a service, it must be available to all customers. You are not required to perform a service that your salon does not now offer. Violation of this policy may subject and employee to discipline, including dismissal without prior notice.

**Conflict of Interest**

The company prohibits its employees from engaging in any activities in competition with the organization. Employment by a competitor, solicitation of employees of the company to work for any other employee in the same field, or the operation of a personal business in the same field are considered to be conflicts of interest and may result in immediate termination. If you believe that potential for a conflict of interest exists, consult with your manager or supervisor.

**Authorization of Services in Salon**

Under no circumstances is any one in the salon in the position of authorizing maintained (outside of the corporate), advertising, ordering of magazine subscriptions, or any related services. All issues of this matter should be referred to the corporate office.

# OUR CUSTOMERS & HOW WE SERVE THEM

## Introduction

Our focus on customers begins with paying attention to what they may feel like from the other side of the chair. It may be difficult for you, because of your skills and training, to know what it really feels like to be a customer. Many customers are fearful and somewhat intimidated by your skills. When you become technically competent, it is easy to lose sight of the customer's perception. Our vision generally narrows as we become more technically competent, unless we really make an effort to think about what the customer feels like. It is important that we not only focus on a technically correct haircut, but also on treating the customer better than anyone else.

From time to time, think about what you feel like when you have to request a service that you may not be familiar with. How do you feel when you go to the doctor or dentist? That may not seem quite the same, but the feelings that you have in those situations may be the same as the feelings your customers have when they are requesting services in our salons. They don't have the technical skills or understand our terminology. They aren't sure exactly what they want at times. They may have had some negative and frustrating experiences before, and most importantly, they want to be treated well. Balancing technical and customer handling skills is what **TGF** is all about.

## Serving All Customers

It is our obligation under law to offer service to all customers. As an employee of **TGF**, you are prohibited from refusing service to a customer for reasons based on race, color, sex, age, religion, national origin, or sexual orientation. The Americans With Disabilities Act (ADA) protects the rights of persons with disabilities and obligates **TGF** to provide necessary and reasonable accommodations for serving persons with disabilities who enter our salons for hair care services.

### Telephone Etiquette & Phone Use

Also in a **TGF** salon, you are required to use the **TGF** phone greeting. This quickly identifies our location and other information to help the callers make sure they have received the correct shop. As you answer the phone, make sure that you take accurate messages and treat the customers with the utmost courtesy. Our phone greeting is **"Thank you for calling TGF at (location). This is (name); how may I help you?"**

In some salons there is a receptionist on duty, in others, the staff take turns answering the phone. The **TGF** second-ring rule requires that you **answer the phone by the second ring.**

While on the phone, politely answer all questions. Be prepared to give your location, directions and prices. Always respond to price questions with a confident reply that reflects the total service. For instance, if asked about a haircut price, confidently say, **"Our haircuts start at ___ dollars, and that includes _____."**

**Phone Use** – The **phone** at a **TGF** salon is for **business use.** The phone allows customers to call us requesting information, directions, services, to schedule perms, direct a complaint, or request product information. **Personal calls must be kept at a minimum.** Typically, personal calls should only be made from the back room, when no customers are waiting, and should be **limited to 2 - 3 minutes.** Messages will be taken when you are providing services to a customer. Try to discourage your family and friends from calling you at work. **No personal long distance calls of any type may be made from the salon.** Personal calls are never to be taken while working on a client. Never call anyone away from a customer to take a personal call – instead, take a message. Personal calls are not considered part of your work schedule, and the salon phone should be used for business only. No casual conversation allowed. If you are on the phone for any reason, any incoming calls should be answered promptly. All **TGF** phones are equipped with call waiting for this purpose. Never walk away from a telephone or put someone on hold.

### The Greeting

Customers must be greeted within five seconds of the time they enter the shop. Your greeting should be a positive, energetic **"Thank you for choosing TGF, how may I help you?"** or other approved greeting. Smile and make good eye contact with customers. Show them you are really pleased they chose a **TGF** salon!

In addition, **TGF** has placed a coffee machine in every salon. It is mandatory to offer a client a cup of coffee when they enter the salon and a magazine to read while they wait. This makes the client feel welcome and appreciated.

### Introduce Yourself

As you pick up your ticket from the counter, briefly look at the customer's name. Using the customer's name, greet him/her again. As you walk with your customer to your station, introduce yourself.

At your station, your chair should be turned out toward the aisle for your customer's convenience. After your customer is seated, slowly turn the chair toward the mirror and begin your consultation.

The ▉▉▉ haircutting system begins with a very thorough consultation. This is where you will listen closely to what the customer wants. The following are the steps to a complete consultation:

✂ Establish the customer's preferred hair length/outline.
✂ Establish the interior length.
✂ Check for the customer's understanding and approval.
✂ Ask the customer if they would like a shampoo when certain conditions exist.

Complete guidelines on performing the consultation will be covered thoroughly in Technical Training.

What you say as you provide a service to clients really leaves a powerful impression on them. You may be spending anywhere from 15 minutes to two hours with a client at a time. This represents a fairly large amount of time during which it is critical that the conversation remains appropriate and professional. Your conversation with customers should focus on them. Get customers to do as much talking as possible, and encourage them to share information about their hair, their hair care problems, their families, and anything else that may be important to them. Use and recommend the appropriate home hair care products for your clients and show them how to apply the right styling aids. This will help you remember them by name the next time they come into your shop. That conversation represents a good opportunity to keep customers coming back to our shop.

It's expected that you do not discuss sensitive topics such as politics, personal crises, religion, the competition, your personal relationships or social life, personal or family health issues, and any other topics that could make your customer uncomfortable. Focus on positive, light subjects that keep your customer talking and interested.

Not only is it important that you watch the content of what you say, but also pay attention to the way the customer is responding. Are you talking loudly enough? Are you talking too fast or too slow? Are you doing all the talking and not listening to the customer? Are your sentences starting with "I"? Are you projecting a positive and professional image with your conversation? Paying attention to what you say and how you say it will increase tips and customer satisfaction.

## Customer Tickets

✂ Ballpoint pens are the only writing instruments to be used when filling out customer tickets. Erasable pens and pencils are not acceptable.

✂ When a price or name error occurs on a ticket, the error should be crossed out and the new price or name written on the ticket with a second person initialing the change.

✂ There must be an accounting for all tickets. Missing tickets are unacceptable. A walkout should be written as such, and the ticket cannot be re-used. It must be entered in the computer.

## Ticket Policy

As the customer enters our salon, the first thing we do is reach for a ticket. This ticket may seem like just a piece of paper. However, it really means more than that to you and your customer. It assures the customer that you know they are there, and they won't get lost in the crowd. Having a ticket gives you an opportunity to get to know the customer and introduce yourself. It gives the manager an opportunity to make sure we are providing services to customers quickly and efficiently. It is a tool that makes sure that you are fully compensated for the services you provide and the time you spend on the floor. The ticket, as it's entered into the computer, tracks a lot of critically important information for the salon and for you. Most importantly, the ticket ends with a guarantee that assures the customer of the best value and service in the hair care industry.

Take the time to fill out the ticket and enter it into the computer correctly, and remember it really is more than just a piece of paper!

## Send Off

Before you complete the ticket, make certain you check for the customer's satisfaction. Is it what they wanted? Are they comfortable with the length? Gain confirmation that they are satisfied before you remove the cape. The haircut **must** be **crosschecked** thoroughly, and you should confirm that the customer is satisfied. Focus on getting it right the first time, even if it means an extra step at the end. Overall, this should reduce redos and complaints.

Appropriate product recommendations should be made while taking the customer to the register. This will make the customer feel like you care about their hair, not just today, but in the future. After all, we want our customer to look and feel great! And this will help improve your product sales.

The send-off must be followed with a **mention of the guarantee,** a sincere **thank you,** and an **invitation to return.**

## Cash Handling

As you cash out, this is the last opportunity to confirm customer satisfaction and let them know that we do provide the best service and value in the industry. Obviously, you want to handle that last transaction with a very positive attitude and a friendly smile. The way you handle the customer's cash or check leaves a solid impression, positive or negative. Also, the way you handle cash will contribute to the overall success of the shop through accurate record keeping and reports.

As the customer pays you for the service with cash, make sure you leave the bill, whether it is a $10-, $20- or a $100-dollar bill, on the cash register while you are making change. **(It is very important that the cash be placed on the register – out of the customer's reach.)** This will eliminate any likelihood that you will provide the incorrect change to the customer. Handle only one cash transaction at a time, and assure the customer that this will help make sure that you will provide the correct change.

Remember: Handling cash correctly really helps everyone, and **deposits** are **made daily.**

## Check Policy

In accepting a check, **double check** to make sure the information is correct and the check is for the amount of services only. If a customer wishes to include a tip in the check, that is fine, and your salon procedures would dictate how you handle removing that cash from the drawer for your tip.

- ✂ On **new** and **out-of-town** clients, we need a valid driver's license number and expiration date, along with a credit card number and expiration date.
- ✂ Stamp the check immediately, and put it in the drawer.
- ✂ Do not accept: second-party checks, post-dated checks, payroll checks, money orders, foreign currency, foreign currency traveler's checks.
- ✂ Checks should be made payable to the salon.
- ✂ Do not accept checks for more than the amount of the bill and tip.
- ✂ Make sure all checks are filled out entirely and especially check the amount, date, and check information. Ensure that it is: dated correctly, written for correct amount, signed, written with correct name, address, and phone number on them. If not, get information.
- ✂ Check must be approved by Telecheck.

**Telecheck's Policy** – Do not accept any temporary or starter checks. These are checks that are used for new accounts, and do not have a pre-printed customer name or address.

**No Post-Dated Checks** – We verify checks that are **$20 or over.** (A check for $19.99 does not need to be verified, but a check made out for exactly $20 requires verification.)

Any check declined by Telecheck (code 4) will not be accepted. Please do not call the corporate office and request permission to accept that customer's check. This is the policy.

## Credit Card Policy

In handling a credit card, be sure you are properly entering all information in the machine. Check with your manager to see if your salon accepts this form of payment.

Before the credit card slip is given to the customer, the receptionist, or person checking out, the customer must print his/her first and last name along with the ticket number that was issued to the customer on the top of the credit card slip. Then allow the customer to sign. Attach the credit card slip to the ticket and put in cash register.

The customer must sign each credit card slip. If the customer does not sign a credit card slip, it is not valid. A credit card slip is like cash and should never be lost. If you lose a credit slip, it is like losing cash. Treat it as such. Make sure that the customer signature is on the credit card slip and attached to the daily recap, and sent to the corporate office.

33

## Our Guarantee

**TGF** salons fully guarantee all services and products. Read the **TGF** guarantee carefully at the bottom of your invoice. It reads: "**Your complete satisfaction on all services and products is fully guaranteed!**" A copy of the invoice should be provided and the guarantee mentioned during the send-off procedure with every customer. This is a unique part of the **TGF** system.

## Requests & Request Rate

If a customer requests a special stylist, simply write that stylist's name on the ticket and check the request box. All customers signed in prior to the request must be done first. Never wait for a request to come in or come up in rotation if there are others waiting. This would not be fair to the other customers. Requests are a normal part of the salon business. However, **TGF** focuses on shop clientele versus individual clientele. This means working together to assure that customers are not waiting. This approach helps build a stronger team and provides more flexibility for the customer. Open solicitation of clientele through special offers, personalized business cards and negative comments about other staff members is not allowed. Our focus is on building the whole staff's credibility so the salon business grows overall, not just individually.

Your **"Request Rate"** is the rate of customer requests for a particular stylist. Stylists are required to have a request rate of:

- ✂ 15% in three months
- ✂ 30% in six months
- ✂ 50% in nine months
- ✂ 60% in twelve months

In addition to haircuts, stylists' required request rates after twelve months should be:

- ✂ 30% gross sales should be **color.**
- ✂ 28% gross sales should be **perms.**
- ✂ 42% gross sales should be **products.**

Retail of beauty products should be 25% of service amount.

## Determining Wait Times

Our customers expect the very best service and quality in the least amount of time. Accurately determining wait times will give your customers a clear idea of what to expect. Be positive about the wait time by saying, "**It will only be about ten minutes.**" Let customers know you will be with them as soon as you can.

## Service Times

Our customers expect to get quality service while spending the least amount of time in the chair as possible. We have determined that an average haircut done in 10 minutes and a perm in 45 to 90 minutes meets customers' expectations.

**Perms, Colors & Other Special Services** – TGF is a no appointment, a la carte salon. Although it is more convenient to have customers schedule color or perms, it is our goal to provide services to the customers when they want them. Therefore, color or perm walk-ins are taken whenever possible. This may mean asking a stylist to stay late or calling a stylist in early. This approach will assure the customer convenience and provide us an opportunity to gain a valued customer.

In addition to taking color or perms if they do walk in, we are also conscious of the customer's time and the amount of time it takes us to provide that perm service. A quality perm service can be easily completed in two hours or less. We believe that customers do not want to spend more than that amount of time in our chairs for perm services. If you are unable to take a walk-in perm, suggest another time or day. If they need it now, you could call the closest TGF salon to see if they could get them in right away.

A card is kept on each chemical service customer for future reference. This will give you an open communication with the customer while finding out what has previously been done to their hair. To assure quality services when a perm customer returns, it is necessary that you complete a Chemical Services Card. This card documents information about the service, the type of rods used, the type of result desired, and any other special comments. Accurately completing this card will make sure that when customers return, the stylists completing their next perm service will be able to achieve the desired result by using the card as a guide. If requested, you may also be required to enter this information into the computer customer database.

Note: Chemical Services Cards are kept in a central shop file. TGF is a business built on shop clientele, not individual clientele. These Chemical Cards are property of the business and should be used as such. They should not be removed from the shop for any reason. Removing these cards or the customer lists from the salon for personal or other business use would be considered business theft. If you do need to use the information for a valid reason, please request permission from your manager prior to removing the chemical card files from the salon.

**Be sure the client signs the card before you start.** You must sign the card as a witness. Part of the chemical card is a waiver stating that the customer agrees to let you perform chemical services. (This is for your protection as well as the company's.)

These cards are the property of TGF and should not be used for personal gain. The misuse of these cards may lead to dismissal and/or legal action.

## Attitude

Our business requires a positive attitude. We want everyone to have fun and enjoy going to work. If there is ever a time when you would like something to be done differently, please discuss it only with your manager. She/he is the only one who can take care of any problems. Telling it to other stylists or customers will only create a tense environment. Focus on what's right, not what's wrong. Whenever you focus on the positive things in your life, you're going to be much happier and have more fun.

## Complaints

TGF salons have a total commitment to satisfactorily resolve any complaints from any location and redo whatever services necessary to make the customer happy. It is often difficult to think

about a complaint as an opportunity, but it is, in fact, just that. It is an opportunity to win a customer that otherwise would be sharing their negative experience with many people in the area of your salon. Complaints are often the result of a combination of factors, including misunderstandings, unrealistic expectations of the client, and technical problems. It doesn't make any sense to try and figure out whether or not the complaint is your fault or the customer's fault. Our goal is to simply satisfy the customer, and at the same time, save a customer for you and your shop.

Following a thorough process of listening to the customer and offering many options to resolve the complaint is a great investment of your time. We do provide a guarantee for all services, and we want to honor that guarantee at all costs.

Typically, the first step in handling a customer complaint is **listening** to customers and **allowing them to vent** their frustrations. From there, the stylist finds out about the problem and redoes the service if at all possible. Inform the manager or assistant manager on duty of the complaint or redo. Providing a gift certificate is allowed in the case of a very unhappy customer, but the manager on duty should approve this.

The way you handle a complaint or redo a service should be no different if that customer is dissatisfied with your shop or another **TGF** salon. The benefit of having many shops in any given market is to provide customers convenience, quality, service, and total satisfaction. It is not unlikely that they would go to a different location if they were really unhappy with the services received in a specific salon. Your focus should be on solving the complaint so the customer leaves with a smile on his/her face.

All **complaints** and redos should be written down for follow-up. Customer Service Forms and Customer Complaints/Redo Logs should be completed following the handling of the complaint.

### Redo Service & Policy

Employees having more than one redo per week may be asked to attend additional training classes. If another stylist fixes the haircut or chemical service, the amount of the service is added to that stylist's totals and is subtracted from the original stylist's totals.

**Redo Policy** – A redo on a customer should always be approved by the manager or corporate office. **Remember,** before a redo is started, a ticket should always be issued.

### Customer Refunds

You **do not** have the authority to refund money to a customer for services rendered. We do guarantee our services, which means we will be happy to redo a perm or haircut for a dissatisfied customer if the service was done incorrectly. We do not redo a service for a customer just because it "didn't turn out the way I thought it would." If you have a very persistent customer, have them call **TGF** corporate office at (713) 952-8080, ext. 113, and appropriate action will be taken.

Please note that our retail products do not carry a money back guarantee. All refunds must be done through the corporate office. **Absolutely no money is refunded through the register.** If a customer would like to make an exchange, the following conditions must be met:

✂ The customer does not want to exchange for a different product.
✂ The SHIVA product is no more than 10% used.
✂ Manufacturers are responsible for all National Products.

A receipt form should back up a returned product at your store. **Again, money will be refunded only through the corporate office after we receive the actual product, receipt, and refund form.**

# SALON POLICIES & PROCEDURES

## On Floor Policies

These policies are designed to ensure efficient salon operation and to provide a pleasant working environment.

✂ Dress appropriately per the salon dress code (plain black/plain white).
✂ Use of profanity in any form is prohibited.
✂ Employees must pay for all supplies used for personal use.
✂ When not performing hair care services, you must stay in front of the salon.
✂ Only one person is allowed on lunch break at any given time.
✂ There must be no open criticism in front of the clients or staff.
✂ Do not discuss pay or commission in front of clients.
✂ Your personal life is the concern of those who love you and not of your clients. Do not discuss your personal life or gossip in front of clients where they can hear you.
✂ No long distance telephone calls are allowed under any circumstances.
✂ The most important fact to remember about your clients is that they have come to the salon for their hair – nothing else.
✂ Talking to the clients about their hair care needs is part of your job.
✂ Recommending additional hair care services to the client in addition to a basic haircut is part of your job.
✂ Recommending retail products to clients is part of your job.
✂ Giving a consultation and hair analysis to your client is part of your job, and is where you can give your clients solutions by suggesting color, reconstructor, body wave, etc.

## Communication with Clients

Our clients should be our **number one priority**. They should receive your undivided attention from the time you introduce yourself to the time you finish the service and escort them back to the reception area.

When the client is in the salon, it is extremely important that all stylists focus the conversation on the beauty needs of the client **only** as it relates to their hair. Any conversation that strays from the client's hair, the promotion of the salon, or the sale of

products is discouraged. If a client begins talking about anything other than these three areas, a professional stylist will listen, but will also politely direct the conversation back to the subject of the client's beauty needs as it applies to their hair.

**The Consultation**

The consultation is the most important part of our service, and your knowledge as a stylist is key. As stylists, you know as much about the health of a person's hair as a doctor knows about the health of a person's body. In a consultation, you gather information about your client's needs, wants, and problems through a series of questions and answers. **Consultations are a three step process:**

- ✂ Analyze the hair.
- ✂ Build the value of pretreatments.
- ✂ Make suggestions about what hairstyle you think would look good on that client.

You should always question your clients about the style they want and their lifestyle. It is your job to make creative suggestions about new hairstyles, colors, conditioning treatments or perms that would improve the client's looks. If you are consulting, you should also be knowledgeable about the benefits of the ingredients in our salon products. Explain to your clients why the over-the-counter brands won't work like our salon brands.

**Neck Strips**

Neck strips are required in all ▌TGF▐ salons, and by most state boards to assure proper sanitation and cleanliness.

In addition to the fact that the state board requires the use of neck strips, we believe they provide a higher level of customer comfort and confidence. We have to be consistently aware of how our cleanliness, sanitation, and attention to detail affect the customer's perception of how we do business. Using neck strips sends a clear signal to our customers that we care about them.

**Cuts/Nicks**

Working with sharp shears ensures a quality haircut but also increases the likelihood of a cut or nick. If you do cut a customer, apologize sincerely and apply **immediate** pressure, using a cotton ball. Clean the area with alcohol and apply styptic powder or a bandage to clot the bleeding and protect the area. Sanitize your shears and wash your hands before you finish the haircut!

In situations where it takes some time to stop the bleeding, and it is a real inconvenience to the customer, you may want to give a free haircut. Check with your manager to see how he/she wants the situation handled.

## Head Lice: It Happens

In our daily contact with so many customers, you will, at some time, be faced with a customer who has head lice. This is normal, and these situations should be handled with the utmost concern and care to the customer. They will often be more uncomfortable than you are and unaware of the problem.

If you think you have a customer who has head lice, stay calm and talk quietly to the customer or the parents of the customer and let them know that you have discovered a problem that could be head lice. Please do not make a direct statement that infers you're positive it is head lice. Simply direct the customer to a proper resource. Suggest that they go to a local physician or pharmacist to verify the problem and get the appropriate treatment. Also let them know that proceeding with the service is not allowed by state regulations and you would like them to return after appropriate treatment.

After the customer has left, gather the shampoo cape and any tools you have used on the customer. Take the tools to the back room and disinfect all items. Be very cautious and quiet about discussing the problem on the service floor. Also remember to disinfect the area(s) where you were providing service to the customer: chair, shelf, implements, etc. Above all, stay calm and be professional, and be certain not to embarrass the customer.

## Children & First Time Certificates

Children are a very important part of our customer base, and we want to make them feel special. You may offer them lolly pops, a stamp for their hand, or a balloon. When they receive their first haircut from the salon, the stylist should fill out a **first-time coiffure certificate** and present it to the child.

## Gift Certificates

Gift certificates are issued by the corporate office or purchased by the client in several denominations. Gift certificates are also issued or purchased for specific services. When a gift certificate is purchased, it must be entered into the computer under the heading of "Gift Certificate."

When a salon receives a gift certificate, it must be entered into the computer under the heading of "Complimentary Services." The commission on the price of the certificate will be added to the commission total of the stylist who performed the service.

Never give change or cash for a gift certificate. The certificate can only be used to purchase services and products. **Gift Certificates do not have a cash value**. If a client does not use the full amount on a certificate, you must tell them they can use the remaining amount on their next visit.

## Coupon Policy

**TGF** may send discount coupons to customers. These coupons are valid throughout the **TGF** salon network. However, it is against **TGF** policy to ask a customer if they have a coupon. The customer should volunteer the coupon before **TGF** services begin.

- ✂ Give the discount offered even if it has exceeded the expiration date.
- ✂ Accept all competitors' coupons in our own terms. If a competitor's coupon is too low, we only give one or two dollars off. Price discount is always at the discretion of the manager.
- ✂ If a customer submits a coupon sheet with more than one offer on it, take the offer the customer wants to use and return the rest of the sheet to the customer for future use.
- ✂ Accept only one coupon per ticket. Customers cannot combine different coupons to achieve a higher total discount.
- ✂ Never ask a customer if they have a coupon. It is the customer's responsibility to remember their coupon before paying the bill.
- ✂ Never accept a coupon after a customer has completed their transaction and left the salon, even if they return with a coupon and ask for a discount on services already provided and paid in full. Tell the customer to keep the coupon and use it at a later date, regardless of the expiration date.
- ✂ Every coupon must be attached to the back of the ticket for which it was applied. A total count of individual coupons for the week must be kept. This coupon-count sheet is to accompany your paperwork at the beginning of every week. **This is very important because it is the only way the corporate offices are able to measure the success of this type of advertising.**

### "Free-Cut" Cards

Free client "cut cards" are found on the back of some **TGF** business cards. When you issue a free "cut card" to a client, make sure to fill out their name, address, and telephone number on the card. The stylist who receives the free "cut card" will receive a credit of $6.95. This is entered on Line 9 of the stylist's productivity sheet. Cards must be attached to the customers' ticket and then attatched to the Close out sheet for stylists to receive credit on their paycheck. When a client presents a free "cut card," stamp the back of the card at once. When the card is full, only then may it be redeemed for a free haircut. Free "cut cards" are used to encourage repeat business. Free "cut cards" are not transferable and may be used only by the individual to whom the original card was issued and only serviced by the stylist who issued the card. Combining stamps from one card to another card is not allowed!

### Log Sheets

The log sheet is a standard **TGF** form which must contain the customer's name, type of services rendered, the ticket number and the stylist's name. A new log sheet must be started every day when the store opens. You must enter the name of every customer on the log sheet. Be sure to fill out each item on the log sheet including which service or services were provided, what products were purchased, and the total ticket price. A new log sheet is to be filled out daily and only changed after the last customer has left the salon at night. The log sheet serves three important purposes: 1) It keeps track of customer count from the time the store opens until the store closes. 2) At any given time, it allows you to determine which customer is next. 3) At any given time, it can also determine which hairstylist is next.

## Point Of Sales (P.O.S) System

**TGF** utilizes a fully computerized system to keep track of all transactions made by each salon. Information is entered into individual salon computers as the sales occur and are dispatched to the corporate office as a way of giving managers a detailed analysis of salon productivity.

Information contained in the computer consists of the following:

- ✂ Sales
- ✂ Ticket average
- ✂ Sale of shiva Products
- ✂ Sale of National Brand products
- ✂ Hours worked
- ✂ Number of clients
- ✂ Miscellaneous services (These are services that our salons provide, but for which we do not have a specific code in the computer i.e. mustache trims.)

## Equipment And Product Usage

Every member of the **TGF** staff is expected to take care of any and all company equipment, which he or she uses. This includes cutting chairs, stations, and shampoo bowls. You are also required to use company supplies prudently and economically. This includes all shampoos, conditioners, finishing products and chemical supplies (permanents and color). In case of obvious misuse, you could be asked to share in the replacement costs of any items you have damaged or misused. All company supplies are to remain on company property at all times and are not permitted outside the salon.

## Cleaning

**It is the responsibility of every TGF employee to help keep the salon clean.** Customers never come back to a dirty salon. It is part of your job responsibility to pick up after yourself, keep your station clean, help keep the back bar area clean, and to perform your assigned clean-up duties. Combs, brushes, and scissors must be cleaned and disinfected for each customer. Capes must be kept clean at all times. Remember, we all work together as a team. Stations need to be cleaned before any stylist leaves the salon at the end of a shift or before breaking for lunch.

## Duty Roster

In all **TGF** salons, everyone is expected to help keep the shop looking neat and clean. This is typically done by the posting of the duty roster where specific tasks are listed that will help keep the shop looking clean at all times.

One of your responsibilities as a team member is to **do your fair share** of those activities and **contribute to the overall cleanliness of the shop**. If everyone pitches in, keeping the shop clean is not a difficult task. Again, we do have to remember that customers judge our abilities by what they see as they enter the shop and receive our services.

Prior to leaving the salon, you will always be expected to thoroughly clean your station. This includes your mirrors, chair and base, station top and drawer box. Be sure all implements used that day are properly sanitized, and **set the cash drawer tray at the top of the register desk, so outsiders can see there is no money left in the store after closing**.

## Lobby Area

The lobby area is the first thing customers see as they enter your salon. Many things affect this impression: condition and cleanliness of the chairs, reading materials, placement of coats and jackets, display shelves, front desk, the price board and pictures. The condition of the plants seen from the lobby also sends a clear message about us. It seems unfair that someone might question our capabilities because the lobby is messy, but it really does happen.

As an employee, you are expected to **help keep the lobby area clean and neat at all times**. It may only take a few minutes of everyone's time to assure a positive first impression as customers walk in the front door.

## Station Appearance

After customers have entered the lobby and have been greeted by the stylist or receptionist, the next impression occurs as they enter your station. They will be in your chair for 10 minutes for a haircut or longer for other services, and will have ample time to check out your work area.

You should take the time to keep your mirror and station clean at all times. The floor around your area must be swept after each haircut and the chairs wiped down often. Take time to look around your station and clean them whenever necessary.

Keep your appliances neat and clean. The products you display on your station must be approved and appropriate for the kind of service you are providing. The only items that should be displayed on your station ledge permanently should be SHIVA products and your license. All other products and equipment, including scissors, brushes and combs, should be neatly stored in drawers. Also, do not leave towels laying on your station; they should be kept in the back room. The idea is that your station look as **clutter-free** as possible.

**Do not display any personal items**, i.e. photographs of your family, coffee mugs, soda bottles, figurines, tip jars, etc. on your station. The fewer items you have scattered about your station, the better your station will appear, and you will spend less time each day cleaning.

## Texas Cosmetology License

Your **current** (valid) **Texas Cosmetology License** should be **visibly posted** at all times.

## Break Room

Many **TGF** salons have a back room or break room for your comfort and convenience. However, often customers will have to walk through the break room or back room to get to the restrooms. What they see as they walk through sends a message about the way we do business. It is often difficult to keep the back room in top-notch condition on busy days, but it really does make a

difference.  As you take breaks, it is important that **you clean up your own items and help whenever possible to straighten up** the back room area.

The back room also becomes a valuable source of information.  Typically, bulletins and memos are posted from the home office.  Take the time to read that information and **stay current on any policy or procedure changes**.  The back room also gives the shop an opportunity to display its personality through posters, calendars, cartoons, and other items.  It is important that this is always done in a very tasteful, professional manner because customers do occasionally see this area of the shop.

## Restrooms

Most **TGF** salons have only one restroom and do allow customers to use that restroom as a convenience.  **Clean restrooms should be maintained at all times**, and customers should be able to easily get into and out of the restrooms.

## Lunch Breaks and Rest Breaks

Business in a **TGF** salon starts by the customers walking through the door.  It is often very difficult to predict when a break will be practical.  Breaks are encouraged and permitted as the business allows.  Always check with the manager or assistant manager before taking a break or lunch.

Typically, you may receive **one 15-minute break** for a four- to five-hour shift, one **15-minute break** and **one half-hour lunch** for a six- to eight-hour shift, and **two 15-minute breaks and one half-hour lunch after eight hours**.  These times may vary given traffic and customer needs.  Time is not deducted from your hourly rate for 15-minute breaks; **time is deducted for your one half-hour lunch**.

**No more than two people should be taking a break or lunch at any given time.**  The conversation in the break room should always be appropriate, so **keep the noise at a respectable level**.  Customers walking through the back room to use the restroom should be greeted and treated with a positive attitude.  As you finish your break, you should **clean the break area** for the next employees.  If you are leaving the shop during your break time, ask the manager on duty how long you may be gone.  Advise the receptionist or other stylists of when you will return.

## Slow Times

Remember that you're being paid to work.  If you are not with a customer, you should be answering the phone or **helping keep things tidy**.  There is always plenty to do.  For example:

- ✄ Clean the front door and window
- ✄ Clean and organize reception desk
- ✄ Restock and clean product merchandiser
- ✄ Straighten lobby chairs and magazines
- ✄ Clean back bar area

- ✄ Straighten back room
- ✄ Check restroom supplies
- ✄ Clean empty stations
- ✄ Oil/sanitize clippers
- ✄ Organize perm trays

43

## After-Hours Work

Personal work in the salon is not permitted after the salon has been closed for the evening. Under no circumstances should any employee be left in the salon by themselves after closing.

## Employee-to-Employee Services

Use of the salon to work on each other's hair is allowed under the following conditions. Employees are, of course, expected to pay for any materials ($5 to $10 for product usage on a **TGF** employee). Note: **This work must be done in the last chair in the very back of the salon – no exceptions, and the following rules apply.**

✂ The work must not interfere with our regular work and must be cleared in advance of time by the salon manager.

✂ Both employees involved must not be on-schedule for that shift.

✂ No work can be done after 2 p.m. on weekdays and no work should be done on weekends or holidays.

## Employee-to-Friend/Family Services

Hairstylists are permitted to provide services to friends and relatives only if friends and relatives pay **full** price for the service. Friends are not allowed in the salon unless they are specifically there to receive a service or to buy products. If they are not there for either of these two reasons, they must wait outside the building until the employee is off work and is leaving. Corporate office employees must also pay full price at **TGF** salons.

## Employee Product Purchases

Employees receive a 50% discount on hair products by SHIVA, Matrix, Biolage, and Vavoom. Employees receive a 30% discount on hairbrushes, hair products by Paul Mitchell, Joico, Redken, and Sebastian. All other accessories (i.e. curling irons, scissors, and hair dryers) may be purchased at wholesale cost.

## Handing Out Personal Information To Clients

No personal information shall be given to clients by hairstylists employed by **TGF**. This includes personal phone numbers and addresses. Giving personal information to clients is grounds **for immediate dismissal or disciplinary action**.

# RECEPTIONIST/FRONT DESK RESPONSIBILITIES

## Introduction

Welcome to **TGF**, America's finest collection of salons. Over the past decade, **TGF** has strived to become a leader in the up-scale salon market, while providing our clients with trend-setting

hair fashions. You are part of a success story that is still unfolding. **TGF** has grown from one salon in 1984 to **more than 130** today, and the growth continues.

As the receptionist, you play an important role: You are the first person a client sees and communicates with after he or she walks through our doors. The first impression you make with that client will most likely mirror the impression the client has of **TGF** as a whole, and is, therefore, very important. Each client should feel welcome and special as they are greeted, as well as complimented by the receptionist and thanked as they leave.

## Receptionist Hiring Requirements

Qualified receptionists must pass the following requirements:

- ✂ All applicants must be interviewed at **TGF** corporate offices to be eligible for employment.
- ✂ All applicants must pass a written math test.
- ✂ All applicants must attend a **TGF** receptionist training class.

## Duties & Expectations

- ✂ Stand and greet each client as he/she walks through salon doors.
- ✂ Smile! We guarantee the client will remember your positive attitude and greeting!
- ✂ Offer each client coffee when they enter; offer candy to children with permission from parent.
- ✂ Make sure fresh coffee is always available.
- ✂ Have each client fill out a customer card completely, with identifying mark included on upper corner to aid the stylist in identifying his/her next client.
- ✂ Promptly place the client with the available stylist—the client should not have to wait for anyone!
- ✂ Communicate with the stylist concerning the ticket and services rendered.
- ✂ Help keep the salon neat and clean—work together as a team to make the salon look its best.
- ✂ Accurate bottle counts must be taken daily.
- ✂ Maintain cleanliness of stations (i.e. sweeping, wiping down chairs, washing towels, etc.)
- ✂ Suggest retail products after customers' services are completed!

## Opening Procedures

- ✂ Receptionists are always scheduled 15 minutes prior to opening time or the first appointment.
- ✂ Count money in the drawer to be certain your change bank is correct, (bank drawer = $100).
- ✂ Make every effort to accommodate everyone who comes into the salon. Do not turn anyone away – do your best to work him or her into the schedule.
- ✂ Some clients come in for consultations. Do not leave them waiting in the reception area.
- ✂ Inform the stylist that there is a client waiting for a consultation.

## Client Check-In Procedures

- ✂ As clients come in the door of the salon, greet them **immediately.** If you do not know the client's name, at least say, **"Good morning, how may I help you?"**

✄  If you are busy or on the phone, nod or signal to the client that you will be with them in a moment.

✄  If the stylist is not ready, ask the client to have a seat, tell her the stylist will be with him/her shortly.  Offer coffee – do not leave the client standing at the desk wondering what to do next!  Would it be possible to get some service started?

## Client Check-Out Procedures

✄  Stylists must fill in their own service slips/tickets and bring the tickets to the desk.  Please, check to see that the service slip/ticket/client history is completed correctly and that it reflects the actual services provided.

✄  As the client comes to pay for the service, check to see that all services are marked, then total the amount (Use an adding machine or calculator if needed).  Because you are figuring the total on the computer, you may have to verbalize the amount to the client.  Please do so discreetly.

✄  If you have not entered the ticket in the computer as you checked out the client, do not forget to do so.

## Cash Drawer Policies

**The cash register must be closed at 3 p.m.  The deposit must be taken directly to the bank – no stopping!**  The total deposit consists of all monies, checks, and credit card slips minus one hundred dollars (starting cash). The bank deposit consists of all monies and checks.  Count the deposit twice before taking it to the bank.  If there is a shortage or surplus from the amount noted on the deposit slip, the bank will send a correction notice and bill us for that notice.

✄  No COD's are to be paid by the receptionists for the salon or stylist unless prior approval has been granted by the corporate office.

✄  Keep a close watch on the till.  Make sure there are always enough one-dollar bills and change.

## Emergency Charge Policy

If a regular client forgets their money, write out a sales slip stating that the client forgot his/her money and agrees to return and pay the amount for services rendered on a specific date, and have them sign the form which you will keep.  If a new or out-of-town client forgets their money, use the same procedure, including the date to be paid, and do not allow retail products to be added.

## Service Redos

✄  All complaints concerning services should be referred to the stylist or the technician who did the work.  If they are not available, ask the manager to speak to the client.

✄  Please give credit to the stylist who satisfactorily attends the client, and debit the stylist who did the original work.

✂  The clients should know if they are unhappy with their perm, they should have their hair redone within two weeks, color within one week, and styling or haircut within 72 hours. Any other arrangements should be cleared with the salon manager.

## Telephone Procedures

The telephone is as important to our business as our best personnel. An individual who uses the phone correctly can only be an asset to this salon. Be aware that your mood will be reflected in your voice as you speak into the phone. Always answer the phone immediately – never let it ring more than one time. When a client calls for an appointment, the procedures are as follows:

✂  **"Thank you for choosing TGF Precision Haircutters, _____ speaking, how may I help you?" or "Good morning, TGF Precision Haircutters, how may I help you?"**

✂   When putting a client on hold always ask for permission and say, "Could you hold for a moment, please?" Make sure you get back to them in 45 seconds or less. At times you may want to offer to call them back so that you can work on their appointment and find the best time.

✂  Use the client's name as much as possible.

✂  Your last words should be "**Thank you for calling TGF.**"

✂  When asked for a price quotation for a particular service, say, "Our prices for that **start** at (quote the lowest price)." If the client asks for a price for coloring, quote the **starting price** and inform him/her that the best way to ensure an exact pricing is to have the client come into the salon for a complimentary consultation. Try to choose a time both convenient for the stylist and for the client.

## Phone Use Policy

✂  If an employee is with a client, take a message. Say, **"Mary is with a client right now. Would you like to leave a message?"** Be sure employees receive messages, so phone calls can be returned at the earliest convenience.

✂  If the call is an emergency, call the employee to the phone.

✂  **Never** give any employee's home number to **anyone**!

✂  The phone is to be used exclusively for TGF business; for personal calls, employees are to use outside pay phones.

## Long Distance Calls

The **only** long distance calls to be made from the salons must concern client appointments unless prior approval has been given.

## What Receptionists Should Look For

✂  First and last name of each stylist and receptionist on **all** time sheets. The name on the time sheets must match that on the applications – no nicknames!

✂  Be sure all deposit slips are correct. When you make your deposit, verify the bank's verification of your deposit.

✂  Be sure all applications are submitted to the main office, **immediately**.

✂  When putting paper work together, be sure everyone's hours are added for the week on time sheets, and that all totals on the stylists' work sheets are totaled.

- ✂ Be sure to staple deposit slips, charge cards, and register tape to the Register Activity Sheet.
- ✂ Place the deposit slip lengthwise in the middle of the register activity sheet.
- ✂ Attach the charge card and batch to the upper-right corner.
- ✂ Attach the register tape to the upper far-left corner.

When putting the following together, please make sure all information is where it should be:

- ✂ Any complimentary gift certificate or redo must be stapled to the close out sheet in order for him/her to receive credit.
- ✂ Please make paperwork neat and legible.
- ✂ If a stylist or receptionist works at more than one salon, there must be a time sheet and stylist worksheet at each location.
- ✂ If a stylist comes back to work for the company after six months or more, they must report to the corporate office.
- ✂ Be sure coupons, bottle count, and labor control are done and submitted with all paper work.
- ✂ When a color or perm is done in the salon on a stylist or receptionist, indicate if they have paid or if it should be deducted from his/her paycheck.
- ✂ **All** tickets must be accounted for – **never** throw away a ticket.
- ✂ Tickets must be in numerical order with your paperwork.

## Dos And Don'ts List

- ✂ Receptionist must balance the cash register at the start of his/her shift.
- ✂ Receptionist should not read anything other than company rules/regulations and product knowledge pamphlets while at work.
- ✂ **Never** let a customer leave the salon without acknowledgment from the receptionist.
- ✂ Customer Log Sheets should be completed as customers are greeted.
- ✂ **No** customer should be received without a ticket.
- ✂ Register must be closed **daily** and money deposited at the bank by 3 p.m.
- ✂ **Any shortages** or **surpluses** must be reported to Frank or the main office at 713-952-8080, extension 101.
- ✂ No pencil or erasable ink pen should be used.
- ✂ Any cross-outs or scratch-outs must be initialed by the receptionists and witnessed by manager.
- ✂ Tickets are issued one per customer. Even if two members of the same family are getting their hair done by the same stylist they must each have an individual ticket.
- ✂ Keep tickets from customers who cannot wait and choose to walk out of the salon. You are responsible for **all tickets.**
- ✂ Customer telephone number, address and zip code must be completed on each ticket.
- ✂ Always check to make certain the stylist has filled out the chemical cards if chemical services have been provided.
- ✂ Follow the dress code: Solid black and white stockings must be worn at all times; hair must be well groomed and conditioned; and make-up should be applied in good taste.
- ✂ **Never** be late to work. The schedule will be given to you at the beginning of the week, and that schedule must be followed throughout the week.
- ✂ If you call in sick, a doctor's excuse is required.
- ✂ As you greet customers and answer phones, you must communicate with a positive attitude.
- ✂ **TGF** stands for **The Great Family.**

48

# MANAGEMENT RESPONSIBILITIES

## Expectations of Managers

Your salon's success depends upon the leadership of the manager.  If you are a successful manager, you will have a successful team of stylists.  A successful manager can guide his/her stylists in the right direction.  Remember, a stylist learns by example.  Below are some key guidelines to becoming a successful manager:

- ✄  Be at work on time!  If the manager is late, stylists will be late.
- ✄  Managers need to express the importance of continuing education.  If you want your salon to become profitable, you and your stylists need to be competent in the latest styling capabilities.  If you or your stylists need a refresher class, please sign up immediately.  Monthly calendars are distributed from the corporate office with class schedules.
- ✄  Appearance, Appearance, Appearance.  You manage a beauty salon; you must fit that image.  Please look, act, and carry yourself professionally.  We guarantee others will follow your lead.
- ✄  Hold a meeting every Saturday morning with your stylists.  Set goals for that day – Saturday is the busiest – and also set goals for the rest of the week.  On the following Saturday, compare goals with accomplishments.
- ✄  Sell hair care products.
- ✄  Make your deposits on time.
- ✄  Take inventory daily.
- ✄  Hire, hire, and hire.  If a stylist walks into your salon, hire them on the spot, even if you don't need a stylist.  Send them to the corporate office, so we can place them where needed.
- ✄  Make certain your labor costs are met daily.
- ✄  Make certain that the salon – from front to back – is clean at all times.
- ✄  Always have fresh coffee available for your customers.
- ✄  Are you scheduling your staff correctly?  (Details and sample schedules can be found in this manual.)
- ✄  Schedule people as you need them.
- ✄  You may dismiss a stylist who is the least productive, least talented, least energetic, and has a low gross sales record.
- ✄  Arrive at the Managers' Monday Morning Meetings when scheduled.  It is imperative that you attend each week to receive informative lectures and valuable promotional material.

## Disciplinary System

**TGF** discourages any infractions of the rules by any employee of a salon.

Steps used to discipline an employee are as follows:

- ✄  An oral warning is given for the first infraction.
- ✄  A written warning is given for the second occurrence and must be signed by both the manager and the employee.