# United States District Court
## Southern District of Texas

Case Number: _O3cv 3641_

*Continution*

ATTACHMENT

Description:

_Motion to Decertify_

_Class_

_____

_____

_____

✂ An employee is suspended if a third infraction occurs. The severity of the suspension is left to the discretion of the salon manager.
✂ Termination will occur as the last solution to the problem of repeated infractions.

Each stage of the disciplinary process will become part of your personal disciplinary record. If any one infraction, left to the discretion of the salon manger, is serious enough, then discipline may begin at any of the above steps.

The following is a list of infractions that could result in your taking disciplinary action:

✂ Fighting at work
✂ Gossip at work
✂ Willful destruction of company property
✂ Sleeping on the job
✂ Providing information received on the job to any persons not authorized to receive such information
✂ Falsifying company paperwork or records
✂ Smoking, chewing gum, eating, or using profanity in front of the client
✂ Using other employees' equipment without permission
✂ Performing a service without a client ticket at the station
✂ Failure to properly drape a client before performing any type of chemical service
✂ Having two or more redos during a three-week period
✂ Failure to follow all company policies and procedures

The following is a list of infractions that are grounds for **immediate** termination of employment:

✂ Bringing a **firearm** or **weapon** of any kind into the workplace.
✂ Stealing.
✂ Serious insubordination, including refusal to perform a service for a client or carry out any reasonable task assigned to you such as cleaning, going to classes, passing out balloons, etc.
✂ Use, possession, transportation, promotion, or sale of illegal drugs and/or alcohol on the company's premises or reporting to work under the influence of or suffering from: a hangover due to alcohol, any intoxicant, any narcotic, any barbiturate, any amphetamine, any hallucinogen, or any stimulants or depressants. **The company reserves the right to have any employee undergo a drug test at any time during their employment with TGF.**

## Daily Call Reports

Every evening, when the salon closes, a supervisor from the corporate office will call for information pertaining to the salon's performance. We expect these figures to be ready; these totals are part of your salon duties and are not to be ignored or incomplete.

## Information Needed Upon Call:

✂ Bank deposit – both cash and checks
✂ Credit card amounts
✂ Daily bottle count (This should always match what you have sold.)
✂ Labor control (Labor control must be positive for your salon to survive.)

## Paperwork

Paperwork is part of **TGF** salon operations. All paperwork must be properly completed each week and provided to the corporate office **by noon** every Monday. (Out-of-town stores need to have their paperwork ready for pickup first thing every Monday morning.) Included with the weekly paperwork are the bank receipts, the daily computer printout activity sheets, the weekly coupon counts, the daily bottle counts, the time sheets, and the labor cost control sheets. All of these sheets must be accurate and complete, or the corporate office cannot process inventory orders or payroll.

As a manager, you are **solely** responsible for the accuracy of **all receipts** that go through your salon and **all the money**. The manager will be held accountable for any shortage or problem, as well as being responsible for daily deposit of the money at the designated bank for the salon he/she manages.

## Salon Keys

It is the responsibility of the salon manager, assistant manager, and/or key holder to be in possession of the salon keys. If the key is lost or stolen, it is the responsibility of the salon manager, assistant manager, or key holder to report it immediately to the corporate office.

If locks have to be changed or keys replaced, the person responsible will be charged for new keys and/or locks, and the sum will be deducted from his/her paycheck. The following conditions apply to the salon keys:

- Only salon managers, assistant managers, or key holders should be in possession of the salon keys.
- The salon keys should be placed on a key ring with other keys. (i.e. car keys, house keys.)
- The salon key should not be given to any family members or friends.
- If the salon key is not working, bends, or breaks, notify the corporate office immediately!
- Do not leave your key chain unattended, especially with a person that you know marginally or for a short period of time.
- Every salon receives two keys; additional keys are not permitted.
- The salon keys are the property of **TGF**'s corporate office and must be surrendered upon demand. Failure to do so will result in lock replacement, and the cost will be charged to the responsible party.
- Loss of salon keys will result in a duplicate key. Just as you pay to replace your own personal keys, there will be a charge for the replacement of the salon key. The replacement of the salon key is much more expensive than that of your personal keys. If the salon key is lost for a second time, the party responsible will absorb the cost of the lock change.
- The manager is ultimately responsible for both salon keys. It is the manager's responsibility to give keys only to people who are reliable, responsible, and protective of our keys.
- No salon key should be given to any employee without prior approval of the corporate office. It is also the manager's responsibility to update the corporate office with the placement of the keys.

**Timesheets**

Each employee is responsible for completing his or her own timesheet. Employees are neither paid nor charged for company educational classes. If timesheet errors are discovered after an employee has been paid, corrections to rectify these errors will be made on future paychecks. The timesheet at the beginning of the week (Saturday) should be filled out completely and signed by both the employee and manager. Time should be posted as the week progresses to ensure accuracy.

**Inventory**

**TGF** is constantly upgrading the computer system. In order to effectively provide all the salons with the products they need, we need complete help and support from the entire staff.

The salon manager is ultimately responsible for inventory control at the salon level. To ensure proper inventory control, a product count must be completed each day. A manual count of every product in the store needs to be executed in the morning before the salon opens and in the evening after the salon closes.
**A proper product count is equal to the product count from yesterday plus products received from warehouse minus the product sold that day.**

To help the salons with product counts, **TGF** provides bottle count sheets that are to be filled out daily. *(Daily Bottle Count/Guest & Product Count Sheet can be found in the Appendix.)* Remember, inventory control begins with the products on your shelves; it is in this area that the salons can readily determine if there are any missing products. Requests for additional inventory and supplies must be entered into your computer on Monday or Tuesday. Supplies can then be picked up at the corporate office warehouse. If supplies are not picked up at the warehouse, a special arrangement and agreement must be worked out with the warehouse. **"Emergency Orders" are only filled when a salon is out of stock or a special request is specifically made by a client.**

Please note: **TGF** employees are only permitted to bring small handbags to the salon; these must be kept in the back office and not at the stylist stations. If it is necessary for an employee to bring a large or oversized handbag with them, it must be transparent. All handbags, regardless of size, are subject to inspection by the salon manager at any time.

**Daily Register Activity Sheets**

The Daily Register Activity Sheets are broken down into four parts. These four parts are safeguards used to make sure the money the store deposits is the correct amount of money it has earned that day. **These sheets must be filled out properly and completely each day!** *(Daily Register Activity Sheets can be found in the Appendix.)*

The four parts of the D.R.A.S. are as follows:

✂ Basic store information. Store number, address, date, etc.
✂ Total money made according to the total of all tickets accumulated that day, minus any "paid outs." This equation is calculated by adding the amount of starting cash (amount of cash in register when the store opened) plus your net sales tax. The total of these amounts is called

your **Register Total**. This amount, subtracted by the total amount of paid out will give you your **Grand Total Money**.

✂ This section is a tally of the total amount of currency and coins you have in your register. This total is then added to the total of all checks received and the total of all credit cards received. This total, minus your starting cash, gives you your **Total Money in Register**. This total becomes your **Net Deposit**. Also, you should take your **Total Money in Register** and subtract it from you **Grand Total Money**. When subtracting, these two amounts should balance out to $0. Any difference should be recorded in either the shortage or surplus area of the sheet.

✂ **Bank Deposit**. This total is derived from adding your cash, plus your checks.

## Scheduling

✂ A manager or an assistant manager should be in the salon at all times from opening to closing. These two individuals cannot be off on the same day.

✂ Managers should also always work critical days, busy days, and late on Friday nights.

✂ Never schedule a receptionist for the mornings, because the manager or assistant manager should be present when the store opens.

✂ Always schedule the receptionist based on your need for them to work, never on the needs of the receptionist to work certain hours. Receptionists' working hours should not exceed 10% of the store's weekly sales. If special arrangements are needed, please call the corporate office.

✂ There should always be a minimum of two stylists in the morning and a minimum of three stylists at night. Never have more stylists working before 6 p.m. than you have working from 6 p.m. until closing.

✂ Managers should always schedule from 10-3, 3-8, 10-8, 9-3, and 10-9.

✂ Absolutely no overtime is permitted, except for managers and assistant managers.

*(Sample Schedules are located in the Appendix of this manual along with some additional forms.)*

## Labor Cost Control

Included in the responsibility of scheduling is the accurate monitoring of labor cost control. The receptionist should fill out a labor cost control sheet every day, then calculate the totals at the end of every work day. This is very important in determining whether or not a salon is meeting its labor costs. If a manager does not pay attention to labor costs, then those costs will begin to have a negative impact on the salon's profits. *(Form located in Appendix.)*

Managers need to base employee scheduling on the needs of the salon, not on the needs or desires of employees. It is crucial to:

✂ Start daily work with the correct posting time (on both computer and timesheet).

✂ Make sure that employees clock out for **all** breaks.

✂ Always finish on the correct posting time at the end of the shift before they leave. Managers, who adhere to these labor cost directives, will only enhance their possibilities for advancement.

## Shortcuts to Effective Management

✂ Keep track of your production per hour and your salon production. Minimum production per hour is $16 per person on the schedule. If three persons are scheduled, and they work 10 hours each for a total of 30 hours, they must do $480 for the 10-hour period to make the salon profitable.

✂ Be aware of the type of hairstylist or staff you have. If you look at the following table, you can predict how much the daily deposit of your salon will be:

| Individual Wkly Production For 40 hours $ | Individual Production $ per hour | Individual Production for 8-hour shift | Three people scheduled |
|---|---|---|---|
| 2000 | 50.00 | 400 | 1200 |
| 1500 | 37.50 | 300 | 900 |
| 1000 | 25.00 | 200 | 600 |
| 900 | 22.51 | 180 | 540 |
| 800 | 20.00 | 160 | 480 |
| 700 | 17.51 | 140 | 420-min. level |
| 600 | 15.00 | 120 | 360 |
| 500 | 12.50 | 100 | 300 |

✂ Consultation, shampoo, and quick service is essential to the operation of your salon. The only reason you are in the salon is to give the best service to the customer and create value for your time spent in the salon based on what the client paid for the services. Time is of the essence. Always look at your production per hour. As a manager, you want to operate at about $30 per hour as your rate of production.

To create success in your profession and make money, **you must always attract**.

✂ Positive attracts; negative detracts.
✂ Well-groomed attracts; poorly-groomed detracts.
✂ Nice smell attracts; body odor and halitosis detracts.
✂ Smile attracts; unsmiling detracts.
✂ Professionalism attracts; non-professionalism detracts.
✂ Cleanliness attracts; dirtiness/messiness detracts.
✂ Paying attention attracts; not paying attention detracts.
✂ Listening attracts; not listening detracts.
✂ Speed and quickness attract; slowness detracts.
✂ Consultation attracts; gossip detracts.
✂ Knowledge attracts; ignorance detracts.
✂ Waiting for customer attracts; customer waiting for you detracts.
✂ Greeting customers attracts; customer greeting you detracts.
✂ Putting promotional materials out attracts; doing nothing detracts.
✂ Getting an education attracts; no education detracts.
✂ Black and white dress code attracts; no dress code detracts.
✂ Positive attitude attracts; negative attitude detracts.
✂ On time attracts; lateness detracts.

✂ Honesty attracts; dishonesty detracts.
✂ Warmth attracts; coldness detracts.
✂ Being bubbly attracts; being quiet detracts.
✂ Hard work attracts; laziness detracts.

**Managers, remember:**

✂ Back bar doctrine: **Do not back bar anything!** Back bar must be issued by the warehouse.

✂ Tickets must be issued before any customer is taken. Both the log sheet and the time sheet must be completed daily and signed at the end of the day.

✂ The deposit must be made **daily.**

✂ **Never** let your friends, relatives, or family members stay in our salons. It always starts a problem.

✂ Don't waste products because it could put us in a bad position. Your true cost of color or perm per customer should not exceed 5%.

✂ Use your Saturday meeting for education.

✂ Encourage your hairstylists to do more and get more education, especially if the sales of your salon are low or have not shown improvement.

✂ Do not let anybody come to your salon and solicit you or your staff. It is **very** demoralizing when you let other salons steal your staff.

**Managers:** If your request rate does not follow this table, you have under-achieving hairstylists in your salon.

| **Month** | **Request Rate** |
| --- | --- |
| 3 | 15% |
| 6 | 30% |
| 9 | 50% |
| 12 | 60% |
| 24 | 90% |

After your female designer cuts, your chemical clients are your most loyal customers. (Have you wondered what is happening to you professionally?)

**Manager's Daily Checklist**

❑ Are all areas of your salon clean?

❑ Are all your stylists sterilizing their equipment between each customer?

❑ Have you removed all personal items and/or pictures from all the stations?

❑ Have the towels all been removed from the stations?

❑ Is everyone in dress code? (Plain black and plain white.)

❑ Have you cleaned your stations?

❑ Have you cleaned your chair before each customer?

❑ Have you swept the floor after each customer?

❑ Are your products lined up and placed on the shelves according to company policy?

❑ Have you had a good consultation with each customer about what you're doing with his/her hair and about the total cost of services?

❑ Is your receptionist in a standing position when she greets customers and checks them out?

❑ Is your receptionist greeting every customer with a warm, inviting smile?

❑ Is there enough coffee for your customers? Are there enough cups, cream, and sugar?

❑ Is the radio set to an easy-listening or classical station? Is the volume set on low?

❑ Are your chairs set at a 45-degree angle to welcome your next client?

❑ Is the reception area and the front of the salon clean?

❑ Are your time cards punched in and out for lunch?

❑ Are your smocks clean and waiting for your customers **only**?

❑ Did you issue a ticket for **every** customer?

❑ Is your labor control in line? (Remember: The number of hours x 16 should equal your service totals.)

❑ Do you have enough staff?

❑ Is your schedule made out correctly?

❑ Is your price board displayed prominently where your customers and staff can easily read it?

❑ Did you suggest extra services and/or SHIVA products to each and every customer?

❑ Did you ring up the ticket **before** the customer left the receptionist's desk?

❑ Did each customer receive a receipt?

# APPENDIX – I

## Loss Prevention Procedure

### Payments from Customers
✂  All payments from customers for services rendered or merchandise sold in the beauty salon are the sole property of the company.
✂  All such payments must be promptly recorded in accordance with the established procedure of the company.
✂  If personal checks or credit cards are used in payment for services rendered or merchandise sold in the salon, then company procedure must be followed regarding the processing of receipts through the cash register computer system.

### Salon Ticket Policies
✂  Upon the client's arrival, the receptionist or the person in front must immediately check the client in and issue a ticket with the name of the customer and type of service.
✂  When the stylist takes the client, the name of the hairstylist must be written on the ticket before taking the customer to the station and must stay there until the services are completed.  **There will be no exceptions to this policy**!
✂  Any additional services performed by the stylist must be recorded on this ticket prior to closing the sale.
✂  Once a ticket is issued, no changes should be made and the ticket cannot be scratched out for another customer.  Usage of a pencil or whiteout is not permitted.

### Salon Pricing Policies
✂  All salon associates are required to charge the current posted prices for any service rendered or merchandise sold in the beauty salon unless otherwise approved by the corporate office or special published promotion.
✂  All salon associates are required to inform the client, before the service, of any pricing variations.
✂  All coupons and/or handouts must be kept under lock and key and must not be given out on the premises to regular customers.
✂  All coupons must have the client's name and phone number recorded on the back of the coupon.

### Client Record Keeping
✂  All chemical clients must have a chemical card filled out prior to performing their service.
✂  All chemical slips are to be returned to the reception desk, and all information must be input into the computer terminal.
✂  All prior information is to be reviewed with the client to improve his/her satisfaction level.

## Inventory Control

- ✂ All retail and backbar inventory is to be tracked through the daily bottle count system. All in-house usage must be tracked and recorded on the computer system prior to removal from the shelf.
- ✂ Orders will be determined by: amount on hand, amount sold, and in-house usage.
- ✂ Retail shelving units are to be placed in high traffic areas and be monitored by employees to deter theft.
- ✂ No retail products should be kept in the back area.
- ✂ No national brand products are permitted for use as backbar or on the stations. The only products that can be used are shiin.

## Removal of Property from Salon

- ✂ Salon associates may not remove any company-owned property (retail or in-house merchandise, beauty salon fixtures, furniture, equipment, or accessories).
- ✂ Company policy requires proper documentation and authorization (valid sales check or written company transfer).

## Proper Storage of Records

- ✂ All appointment sheets must be stored by pay period.
- ✂ All records are confidential and must be kept in a secure area.
- ✂ No associates are to have access to the data bank in the computer system. This includes payroll files, employee information, daily sales information, and inventory information, unless authorized by a member of management.
- ✂ All records are the property of the company and are not to be removed from the premises at any time.

## Retail Merchandise-Associate Discount:
## Hair care and Beauty Products

- ✂ Salon associates may purchase regularly priced retail products from **TGF** Corporate Office at the published discounted prices. No other discounts (sale prices or coupons) may be used with this salon associate discount.
- ✂ Purchases are only for the use of the associates and their immediate family members or for gifts. Resale of products purchased under this discount plan is strictly forbidden.
- ✂ Payment must be by cash, check, credit card, or deducted from a paycheck. No IOUs will be accepted at any time.

The salon associate's purchase should be made with the salon manager handling the sale. The purchase is rung up in the salon house account. No commission will be paid to any associate for these purchases, and no discounts will be given at the store.

- ✂ The salon manager is to keep an ongoing employee purchase log at all times to be reviewed by the salon director upon request.
- ✂ Note: **Bulk Merchandise** (In-House): Salon associates are not permitted to purchase company-owned bulk merchandise for personal use outside the beauty salon. Bulk merchandise supplies are defined as perms, colors, nail products, or facial products.

## Identifying Loss

**What happens?  How can you help prevent theft?  Reporting the problem.**

Theft is widespread in the workplace.  It is not reduced or controlled without specific policies and programs.  It is the greatest where opportunities are present and the perceived likelihood of detection is least.  **Businesses with a low priority in hiring practices and policy adherence are bound to suffer most.**

**When there is theft:**
- A very high correlation exists between poor performance (tardiness, excessive breaks, slow and sloppy workmanship) and theft.
- Dissatisfied or disgruntled employees are more involved with theft.

**As managers, you must:**
- Follow proper hiring practices.
  - For anyone considered for hire, call Frank or Mike to determine if the applicant has previously worked for the company and if they are reliable.
  - **Check references.**

- Properly supervise associates, enforcing strict adherence to company policy.  By learning more about why and when a person steals, regardless of his/her age and time employed, we can prepare to deter it and know how to take the appropriate steps when it occurs.

**Why does an employee steal?**

**Thoughtless:**  Does not think of it as stealing.

**Ignorance:**  Has not considered the consequences of his/her actions.

**Poor Judgment:**  Knows better but is willing to "take the chance."

**Impulsiveness:**  Done on the spur of the moment with no valid reason.

**Elements of Theft**

- **Need or Desire:**   Some of the causes are inadequate income, extravagant living, gambling, family expenses, drugs, resentment, or desire for revenge.

- **Rationalization:**  Individuals rationalize dishonesty by convincing themselves they are borrowing for a short time; they are underpaid and entitled to more; or that they are simply doing what others are doing.

✂ **Opportunity:** Poor supervision, laxity in policy/procedural adherence, improper training or lack of effective training, poor management follow-up and supervisory negligence constitute the greatest invitation to theft by the dishonest employee.

**The Four Most Common Thefts**

✂ **Cash**
✂ **Products**
✂ **Unauthorized Discounts**
✂ **Time** (Riding the clock is, in effect, stealing time.)

**Suggested Methods to Prevent Internal Theft**

✂ Prohibit "no sale" rings under defined conditions.
✂ Do not allow employees operating a register to take readings.
✂ Do not leave keys in the register. They should be in the possession of the salon manager or a designated associate at all times.
✂ Require all people operating the register to ring the sale before accepting money from the customer.
✂ Prohibit employees from using a co-worker's ID number when ringing a sale.
✂ Do not permit employees to ring up their own purchases.
✂ Register close out should be a two-person function. A receptionist or stylist and a manager or other designated employee should take the readings and prepare the reports.
✂ An over/short report must be prepared daily, and discrepancies reported by register operators immediately to the corporate office.
✂ Sales deposits must be made daily.
✂ Managers or assistant managers should conduct a daily spontaneous register audit, as well as balance the tickets.
✂ All customers and the services they are to receive must be written on the ticket, prior to rendering any service.
✂ Gift certificates must be maintained, secured, and processed by a manager or the person in charge of that shift. This is company policy.
✂ All bags and purses are subject to inspection by the manager or the person in charge of that shift. NO BIG BAGS!

**Remember:**
✂ Observe employees' performance.
✂ Monitor the employees' behavior.
✂ Report any suspicion to ◼◼◼'s corporate office.

**Reporting the Problem**

After noting the possible indicators of internal theft, we can see what tools to utilize in deterring theft in the workplace. However, every business will suffer from theft from time to time.

When you suspect internal theft, report it immediately. Your report to your supervisor is critical to the rapid elimination, and/or solution, to the problem.

Always report the circumstances/suspicions and include:

✂ What happened, what made you suspicious?
✂ What is missing, i.e. product, paperwork, or cash?
✂ When did it happen? Dates, times. Remember to document your facts.
✂ Who caused this to happen? Whom do you suspect?

If there are security problems of any nature, call ▣TGF▣'s Corporate Office. All information will be kept confidential, and directions will be given on how to proceed.

**Corporate Office: 713-952-8080 or
Toll Free: 1-800-622-1330**

**Loss Prevention Regulations**

✂ Negligent acts, whether or not resulting in the loss or theft of merchandise or money, are specified as follows:
  ✂ Allowing persons other than salon employees or authorized store employees behind the reception desk or in the salon office.
  ✂ Leaving the cash register drawer open before or after transactions.
  ✂ Moving products into or out of the salon without authorization.
  ✂ Leaving the salon unattended during working hours.
  ✂ Leaving salon keys unsecured.
  ✂ Failure to make at least one bank deposit daily.
✂ Theft is defined as the taking of salon's, customers', or co-workers' property, including but not limited to, money, merchandise, or supplies.
✂ Failure to charge for products, supplies, or services rendered for any reason.
✂ Failure to record payments or to place money received from customers into the cash drawer immediately following the completion of the service or product sale.
✂ Pricing violations:
  ✂ Charging customers for salon service prices other than those posted on the salon's price list.
  ✂ Charging customers for retail product prices other than those ticketed on the items or posted in the salon.
✂ Abuse of employee privileges:
  ✂ Rendering free services to anyone.
  ✂ Failure to abide by ▣TGF▣ discount policies.
✂ Discarding or voiding sales tickets without authorization.
✂ Intentional falsification of salon's records, including but not limited to, time clock, payroll records, log sheets, daily recap sheets, and tickets.
✂ Intentional destruction or unauthorized use of customer or store property.
✂ Failure to report loss or theft.

✂ Use of illegal drugs or alcohol or reporting to work under the influence of illegal drugs or alcohol.

✂ Sale of illegal or controlled substances on salon premises.

✂ Any violation of landlord security regulations.

**Know Your Rules -- They Will Protect You !**

# APPENDIX - II

# TGF
PRECISION HAIRCUTTERS

# WEEKLY TIME SHEET

Week Ending _____ 2002

| _____ | _____ | _____ |
|---|---|---|
| Last, First Name | Social Security # | Position / Salon |

| DAY OF WEEK | IN | OUT | IN | OUT | IN | OUT | IN | OUT | COMMENTS | HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| SATURDAY | | | | | | | | | | |
| SUNDAY | | | | | | | | | | |
| MONDAY | | | | | | | | | | |
| TUESDAY | | | | | | | | | DID YOU WORK AT ANY OTHER TGF STORE THIS WEEK? IF YES... | |
| WEDNESDAY | | | | | | | | | | |
| THURSDAY | | | | | | | | | STORE #: _____ | |
| FRIDAY | | | | | | | | | DATE: _____ | |

Absolutely No Overtime is approved under any Circumstances. This time sheet is not valid unless signed by the Manager or a Supervisor at the beginning of the week. DO NOT fill out this form before starting and ending your work day.

TOTAL HOURS

TGF Form 002

_____
Manager or Supervisor Signature

_____
Signature

---

# TGF
PRECISION HAIRCUTTERS

# WEEKLY TIME SHEET

Week Ending _____ 2002

| _____ | _____ | _____ |
|---|---|---|
| Last, First Name | Social Security # | Position / Salon |

| DAY OF WEEK | IN | OUT | IN | OUT | IN | OUT | IN | OUT | COMMENTS | HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| SATURDAY | | | | | | | | | | |
| SUNDAY | | | | | | | | | | |
| MONDAY | | | | | | | | | | |
| TUESDAY | | | | | | | | | DID YOU WORK AT ANY OTHER TGF STORE THIS WEEK? IF YES... | |
| WEDNESDAY | | | | | | | | | | |
| THURSDAY | | | | | | | | | STORE #: _____ | |
| FRIDAY | | | | | | | | | DATE: _____ | |

Absolutely No Overtime is approved under any Circumstances. This time sheet is not valid unless signed by the Manager or a Supervisor at the beginning of the week. DO NOT fill out this form before starting and ending your work day.

TOTAL HOURS

TGF Form 002

_____
Manager or Supervisor Signature

_____
Signature

# TGF PRECISION HAIRCUTTERS WEEKLY WORK SCHEDULE
*SAMPLE SCHEDULE FOR FOUR STYLISTS*

Begin Date:

Ending Date:

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| **Manager Stylist I** | 10<br>9:00-7:00 | 8<br>10:00-6:00 | Off | 10<br>10:00-8:00 | 5<br>10:00-3:00 | 5<br>3:00-8:00 | 10<br>10:00-8:00 |
| **Assistant Manager Stylist II** | 10<br>9:00-7:00 | Off | 10<br>10:00-8:00 | Off | 5<br>3:00-8:00 | 5<br>10:00-3:00 | 10<br>10:00-8:00 |
| **Stylist III** | 10<br>9:00-7:00 | Off | 5<br>10:00-3:00 | 10<br>10:00-8:00 | 5<br>10:00-3:00 | 10<br>10:00-8:00 | Off |
| **Stylist IV** | 10<br>9:00-7:00 | 8<br>10:00-6:00 | 5<br>3:00-8:00 | Off | 5<br>3:00-8:00 | Off | 5<br>3:00-8:00 |

Note: (1) Two Hairstylists should work in every salon from opening time until 3 o'clock until closing time.
(2) Saturday is a full day for everyone. Sunday is the second busiest day. As we approach the end of the week, the days get busier.
(3) No Hairstylists are to work overtime.
(4) Always clock out for any break, lunch, cigarette break or any other break should be reflected on the individual time sheet and computer as each break occurs.

# TGF PRECISION HAIRCUTTERS WEEKLY WORK SCHEDULE
*SAMPLE SCHEDULE FOR FIVE STYLISTS*

Begin Date:

Ending Date:

| | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| Manager Stylist I | 10<br>9:00-7:00 | 8<br>10:00-6:00 | OFF | 10<br>10:00-8:00 | OFF | 10<br>10:00-8:00 | 10<br>10:00-8:00 |
| Assistant Manager Stylist II | 10<br>9:00-7:00 | OFF | 10<br>10:00-8:00 | OFF | 10<br>10:00-8:00 | 5<br>3:00-8:00 | 5<br>3:00-8:00 |
| Stylist III | 10<br>9:00-7:00 | 8<br>10:00-6:00 | OFF | 10<br>10:00-8:00 | OFF | 5<br>3:00-8:00 | 5<br>3:00-8:00 |
| Stylist IV | 10<br>9:00-7:00 | OFF | 10<br>10:00-8:00 | OFF | 5<br>3:00-8:00 | 5<br>10:00-3:00 | 5<br>10:00-3:00 |
| Stylist V | 10<br>9:00-7:00 | 8<br>10:00-6:00 | 5<br>3:00-8:00 | 5<br>3:00-8:00 | 10<br>10:00-8:00 | OFF | OFF |

Note:
(1) Two Hairstylists should work in every salon from opening time until 3p.m. until closing time.
(2) Saturday is a full day for everyone. Sunday is the second busiest day. As we approach the end of the week, the days get busier.
(3) No Hairstylists are to work overtime.
(4) Always clock out for any break, lunch, cigarette break or any other break should be reflected on the individual time sheet and computer as each break occurs.

# TGF PRECISION HAIRCUTTERS WEEKLY WORK SCHEDULE
## SAMPLE SCHEDULE FOR SIX STYLISTS

Begin Date:

Ending Date:

| | 6+1 Saturday | 3+1 Sunday | 2/3+1 Monday | 2/3+1 Tuesday | 2/4+1 Wednesday | 2/4+1 Thursday | 3H/4H+1 Friday |
|---|---|---|---|---|---|---|---|
| Manager Stylist I | 10 / 9:00-7:00 | 8 / 10:00-6:00 | OFF | 10 / 10:00-8:00 | 10 / 10:00-8:00 | OFF | 10 / 10:00-8:00 |
| Assistant Manager Stylist II | 10 / 9:00-7:00 | OFF | 10 / 10:00-8:00 | 5 / 3:00-8:00 | OFF | 10 / 10:00-8:00 | 5 / 3:00-8:00 |
| Stylist III | 10 / 9:00-7:00 | 8 / 10:00-6:00 | OFF | 5 / 10:00-3:00 | 5 / 3:00-8:00 | 5 / 3:00-8:00 | OFF |
| Stylist IV | 10 / 9:00-7:00 | OFF | 5 / 3:00-8:00 | 5 / 3:00-8:00 | OFF | 10 / 10:00-8:00 | 5 / 3:00-8:00 |
| Stylist V | 10 / 9:00-7:00 | 8 / 10:00-6:00 | 5 / 10:00-3:00 | OFF | 10 / 10:00-8:00 | OFF | 10 / 10:00-3:00 |
| Stylist VI | 10 / 9:00-7:00 | OFF | 5 / 3:00-8:00 | OFF | 5 / 3:00-8:00 | 5 / 3:00-8:00 | 10 / 10:00-8:00 |

Note:
(1) Two Hairstylists should work in every salon from opening time until 3p.m. until closing time.
(2) Saturday is a full day for everyone. Sunday is the second busiest day. As we approach the end of the week, the days get busier.
(3) No Hairstylists are to work overtime.
(4) Always clock out for any break, lunch, cigarette break or any other break should be reflected on the individual time sheet and computer as each break occurs.

# BRELIAN, INC.

## PRODUCT RETURN / EXCHANGE FORM

Store Name & #:_____     Seller's Name:_____

Date: ___/___/____

| | Code | Description | Quantity | Price |
|---|---|---|---|---|
| Products Returned: | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

| | Code | Description | Quantity | Price |
|---|---|---|---|---|
| Exchanged For:: | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

Refund: Stores cannot refund money. If a customer requests a refund or we still owe money after exchange, please fill out the botton portion of this slip and bring it along with the returned product he WareHouse.

Customer Name:     _____

Address:     _____

_____

_____

Telephone Number:     (     )     -

Brelian 012

10



# Store Labor Cost Control

### Mandatory for each manager to fill out

Store Location/Number:_____

Week ending date:_____

| Manager Receptionist Hairstylists Name | Sat Hours Worked | Sun Hours Worked | Mon Hours Worked | Tue Hours Worked | Wed Hours Worked | Thu Hours Worked | Fri Hours Worked | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | Grand Total |
| Total Hours: | | | | | | | | |
| A: Minimum Deposit Multiply Total Hours by $22.00 | | | | | | | | |
| B: Actual Deposit Amount: | | | | | | | | |

# TGF PRECISION HAIRCUTTERS
*America's Finest Collection of Salons*

## DAILY REGISTER ACTIVITY

| Store No. & Location | Prepared By | Date | Day |
|---|---|---|---|
| | | | |

Signature _____

**CURRENCY**    **COIN**    **#VI/MC/AE/DI**    **#CHECKS**

| | | |
|---|---|---|
| $100 ____ | FD ____ | |
| $50 ____ | HD ____ | |
| $20 ____ | Q ____ | |
| $10 ____ | D ____ | |
| $5 ____ | N ____ | |
| $1 ____ | P ____ | |

| TOTAL (CURRENCY) | | TOTAL (COIN) | | TOTAL (CREDIT CARDS) | | TOTAL (CHECKS) | | TOTAL MONEY IN REGISTER |
|---|---|---|---|---|---|---|---|---|
| $ | + | $ | + | $ | + | $ | = | $ |

| TOTAL MONEY IN REGISTER | | TOTAL CREDIT CARDS | | STARTING CASH | | BANK DEPOSIT |
|---|---|---|---|---|---|---|
| $ | - | $ | - | $ | = | $ |

| DAILY TOTAL (BANK DEPOSIT + TOTAL CREDIT CARD) | | COMPUTER TOTAL ON TAPE (NON-TAXABLE SALES + TAXABLE SALES + SALES TAX) | | SHORT |
|---|---|---|---|---|
| $ | - | $ | = | |
| | | | | OVER |

| CASH | | CHECKS | | BANK DEPOSIT |
|---|---|---|---|---|
| $ | + | $ | = | $ |

**Attach all paid out receipts to this form**

Comments: _____

**TGF** PRECISION HAIRCUTTERS

*- America's Finest Collection of Salons*

## DAILY BOTTLE COUNT

Salon Name & #:_____          Week Ending Date:_____

| | SAT | SUN | MON | TUE | WED | THUR | FRI | TOTAL | *REC |
|---|---|---|---|---|---|---|---|---|---|
| **SHIVA** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **P.M.** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **REDKEN** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **MATRIX** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **JOICI** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **SEBAS** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **NEXXUS** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **AVEDA** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **PERMS** | | | | | | | | | |
| **SOLD** | | | | | | | | | |
| **COLOR** | | | | | | | | | |
| **SOLD** | | | | | | | | | |

` This column is for inventory received from the Warehouse. / Today Bottle Count + Sold Product = Yesterday Number.

_____
Name of person who is
responsible for this form

Bottle Count sheets are important and must be done daily by actually counting the products on your retail displays, perms and colors. The purpose of doing this is for you to be aware of missing inventory, not to find out if you can subtract or add.

Failure to turn in accurate, completely filled in bottle count sheet will result in suspension of salon supplies.

# BRELIAN, INC.

## Guest and Product Count Sheet

| Guest Count | 1st Visit Y/N | Ticket # | Guest Name | Service | Req. Y/N | Sylist | Amount | Prod. Sold Yes/No | Product Code # | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| 36 | | | | | | | | | | |
| 37 | | | | | | | | | | |
| 38 | | | | | | | | | | |
| 39 | | | | | | | | | | |
| 40 | | | | | | | | | | |
| 41 | | | | | | | | | | |
| 42 | | | | | | | | | | |
| 43 | | | | | | | | | | |
| 44 | | | | | | | | | | |
| 45 | | | | | | | | | | |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | | | | | | | | | | |
| 49 | | | | | | | | | | |
| 50 | | | | | | | | | | |
| 51 | | | | | | | | | | |
| 52 | | | | | | | | | | |
| 53 | | | | | | | | | | |
| 54 | | | | | | | | | | |
| 55 | | | | | | | | | | |
| 56 | | | | | | | | | | |
| 57 | | | | | | | | | | |
| 58 | | | | | | | | | | |
| 59 | | | | | | | | | | |
| 60 | | | | | | | | | | |

**TGF** PRECISION HAIRCUTTERS

*America's Finest Collection of Salons*

# VACATION PAY REQUEST

NAME: _____

DATE: _____

SALON: _____

VACATION START DATE: _____

VACATION END DATE: _____

_____          _____
Signature                                    Manager Signature

TGF 204-010

## Deposit Record

| salon: | | week ending: | | | | |
|---|---|---|---|---|---|---|
| | cash& check | charge cards | bottle count | labor control | Over or SHORT | Ticket Average |
| **Friday** | | | | | | |
| **Saturday** | | | | | | |
| **Sunday** | | | | | | |
| **Monday** | | | | | | |
| **Tuesday** | | | | | | |
| **Wednesday** | | | | | | |
| **Thursday** | | | | | | |

comments:

**Do NOT send to Corporate Office!!
Keep for your records.  You MUST
have this sheet properly filled out
and ready to read off to Corporate
Office Staff  WHEN  they call!!!**

TGF 20#-011

76

# USSIC EMPLOYER REIMBURSEMENT



13403 Northwest Freeway, Houston, TX 77040

## FIRST REPORT OF INJURY

*Please print or type form*

### EMPLOYEE INFORMATION

| Name | Sex M_____ F_____ | Social Security No. |
|------|------|------|

| Address | City | State | Zip | Phone |
|------|------|------|------|------|

| Date of Birth | Occupation | Date of Hire |
|------|------|------|

### INJURY DETAILS

| Date of Injury | Time of Injury | Date Reported | Time Reported | A.M. P.M. |
|------|------|------|------|------|

| Address Where Injury Occurred |
|------|

| Was Employee Doing Regular Job? Yes_____ No_____ | Supervisor Name |
|------|------|

| Description of Accident |
|------|
| |
| |
| |

| Description of Injuries/Part of Body |
|------|
| |
| |

| Cause of Injury (Tool, Fall, Machine, ect.) |
|------|

| Did the Injury Require Medical Care? |
|------|

| Name and Address of Medical Provider | Address | Phone |
|------|------|------|
| Witnesses Name | Address | Phone |
| Name | Address | Phone |

| Date Disability Began | Date Return to Work | Rate of Pay Hourly $          Weekly $ |
|------|------|------|
| Average Gross Weekly Wage 12 Weeks Prior to Accident | | |

### POLICY INFORMATION

| Employer Name | Policy # | Federal Tax Identification Number |
|------|------|------|
| Employer Address | | Phone |
| Person Completing This Report | | Date Completed |

The employer agrees to make modified duty available for partially disabled employees able to return to some form of work as agreed to by their treating physician.

Employer Signature _____    Position _____

Fax complete form in 713 744 9675 or call 888 688 0775

# Salon Inspection

**Store #**_____

**License #**_____

**Exp. Date**_____

## Date of Inspection_____

☐ Wet Containers ; Dry Containers

☐ Soiled Implement Containers

☐ Sanitary Waste & Refuse

☐ Clean Towel Storage Containers

☐ Soiled Towel Storage Containers

☐ Restrooms clean and stocked

☐ Wall, Floors, Ceilings; Ventilation

☐ Dispensary; Storage Areas

☐ Shampoo Bowls, Sinks, Basins ; etc.

☐ Furniture ; Equipment, Electrical

☐ Individual licenses posted

☐ Consumer sign posted

☐ Last inspection report posted

☐ Current rule book posted

☐ Salon business hours posted

☐ Work station clean

☐ Stylist chairs clean

☐ Cabinets sanitized

☐ Instruments sanitized

☐ Linens clean

| Stylist Name | License Expiration Date |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

Comments :

_____

_____

_____

TAB 3

# Employee_Opt Did Not Work Within 3 Years

| Last Name | Date Filed | Hired | Last Paid |
|---|---|---|---|
| SAYYAD, IMAN | 10/11/2004 | 9/21/2001 | 10/5/2001 |
| JACKSON, TONYA R | 7/26/2004 | 11/2/1991 | |
| BASSETT, HEIKE B | 8/30/2004 | 9/15/1995 | 11/13/1998 |
| CAIN, ROSEMARIE | 10/19/2004 | 9/22/1997 | 10/20/2000 |
| GAINES, QUIDONYA | 8/9/2004 | 5/13/2003 | |
| HINTON, DAPHNE | 8/11/2004 | 10/4/2000 | 7/27/2001 |
| MARTIN, DAWNNA K | 7/30/2004 | 6/14/1994 | |
| JOHNSON, NIKIA | 8/25/2004 | 1/13/2001 | 5/4/2001 |
| COLLINS, SHENATHRA N | 9/14/2004 | 10/5/2000 | 1/12/2001 |
| LASAGE, MICHEL M | 9/10/2004 | 1/18/2001 | 2/9/2001 |
| HERNANDEZ, MARIA D | 9/14/2004 | 10/1/1999 | 12/17/1999 |
| GLOVER, LAVENIA Y | 8/10/2004 | 4/29/2001 | 6/29/2001 |
| VELAS, MIRIAM S | 9/7/2004 | 8/1/1992 | 4/20/2001 |
| MURPHY, MICHELLE | 9/1/2004 | 7/3/2001 | 9/7/2001 |
| SULLIVAN, JENNIFER | 9/13/2004 | 4/7/2001 | 5/4/2001 |
| JEFFERS, MARGARET A | 8/30/2004 | 10/28/1995 | 7/27/2001 |
| GUTIERREZ, JESSICA J | 9/29/2004 | 11/21/1998 | 11/27/1998 |
| LUCIO, LISA | 9/10/2004 | 10/23/2000 | 12/29/2000 |
| BRISCOE, HEATHER | 9/2/2004 | 10/10/2000 | 10/20/2000 |
| EAGLIN, TESSANY L | 8/9/2004 | 4/20/2001 | 5/18/2001 |
| NINO, ERICA M | 10/18/2004 | 11/14/1999 | 5/4/2001 |
| GOVER, ROSE MARY | 8/13/2004 | 12/7/2000 | 12/29/2000 |
| WILLIAMS, KIMBERLY A | 8/26/2004 | 4/19/2001 | 6/15/2001 |
| LAURIE, RONALD J | 8/12/2004 | 10/25/2000 | 8/10/2001 |

24



TAB 4

# *Employee_Opt Office Workers And Supervisors*

| Last Name | Date Filed | Hired | Last Paid | Title |
|---|---|---|---|---|
| CAIN, ROSEMARIE | 10/19/2004 | 9/22/1997 | 10/20/2000 | supervisor |
| PARTIDA, MICHELLE | 9/3/2004 | 8/14/1998 | 10/5/2001 | Office |
| PARKER, KATHYE | 8/23/2004 | 8/21/2001 | 9/7/2001 | Supervisor |
| OBERHOLTZER, BRENDA | 8/6/2004 | 11/17/2001 | 4/5/2002 | Supervisor |
| HASTINGS, AMBERLY N | 8/13/2004 | 10/6/2003 | 12/12/2003 | Office |
| MARIN, CARLOS | 9/29/2004 | 3/4/1997 | 10/31/2003 | Supervisor |

6



EXHIBIT
4
tabbies

TAB 5

# Employee_Opt 1-8 Weeks

| Last Name | Date Filed | Hired | Title | Last Paid | Wks | Avg Gross | Avg Hrs | Avg Hrly | Hrs +2 | Avg Hrly | Hrs +3 | Avg Hrly | Hrs +5 | Avg Hrly |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KROG, KATHRYN L | 9/10/2004 | 9/17/2002 | Receptionist | 11/15/2002 | 7 | $205.06 | 31 | $6.61 | 33 | $6.21 | 34 | $6.03 | 36 | $5.70 |
| MYERS, BERTY | 8/12/2004 | 2/24/2003 | Stylist | 3/21/2003 | 2 | $245.22 | 31 | $7.91 | 33 | $7.43 | 34 | $7.21 | 36 | $6.81 |
| GEORGE, DARLA | 10/20/2004 | 9/17/2001 | Receptionist | 11/2/2001 | 1 | $48.42 | 9 | $5.38 | 11 | $4.40 | 12 | $4.04 | 14 | $3.46 |
| ADAME, SHIRLEY A | 9/20/2004 | 3/16/2002 | Manager | 5/3/2002 | 5 | $345.90 | 37 | $9.35 | 39 | $8.87 | 40 | $8.65 | 42 | $8.24 |
| BLAGMAN, JESSICA | 9/29/2004 | 1/14/2002 | Receptionist | 3/8/2002 | 7 | $54.18 | 10 | $5.42 | 12 | $4.52 | 13 | $4.17 | 15 | $3.61 |
| CARTER, CHRIS C | 9/22/2004 | 10/4/2003 | Stylist | 12/12/2003 | 8 | $193.42 | 27 | $7.16 | 29 | $6.67 | 30 | $6.45 | 32 | $6.04 |
| FERGUSON, RASHIDA L | 9/29/2004 | 7/3/2004 | Stylist | 7/23/2004 | 5 | $113.29 | 20 | $5.66 | 22 | $5.15 | 23 | $4.93 | 25 | $4.53 |
| PARTIDA, MICHELLE | 9/3/2004 | 8/14/1998 | Office | 10/5/2001 | 4 | $397.00 | 40 | $9.93 | 42 | $9.45 | 43 | $9.23 | 45 | $8.82 |
| PARKER, KATHYE | 8/23/2004 | 8/21/2001 | Supervisor | 9/7/2001 | 8 | $360.00 | 36 | $10.00 | 38 | $9.47 | 39 | $9.23 | 41 | $8.78 |
| HASTINGS, AMBERLY N | 8/13/2004 | 10/6/2003 | Office | 12/12/2003 | 8 | $285.19 | 32 | $8.91 | 34 | $8.39 | 35 | $8.15 | 37 | $7.71 |
| STONE, ADRIA | 10/15/2004 | 1/14/2002 | Receptionist | 3/22/2002 | 8 | $145.51 | 24 | $6.06 | 26 | $5.60 | 27 | $5.39 | 29 | $5.02 |
| GAINES, QUIDONYA | 8/9/2004 | 5/13/2003 | Stylist | | 1 | $0.00 | 0 | #Error | 2 | $0.00 | 3 | $0.00 | 5 | $0.00 |
| PAPE, CHRISTINA M | 7/28/2004 | 8/2/2003 | Stylist | 10/3/2003 | 4 | $248.00 | 31 | $8.00 | 33 | $7.52 | 34 | $7.29 | 36 | $6.89 |
| DICKERSON, JACQUELYNNE | 8/6/2004 | 9/8/2003 | Receptionist | 9/19/2003 | 1 | $14.16 | 3 | $4.72 | 5 | $2.83 | 6 | $2.36 | 8 | $1.77 |
| WALKER, SHELIA | 10/1/2004 | 12/4/2002 | Stylist | 8/8/2003 | 3 | $324.87 | 29 | $8.44 | 31 | $7.90 | 32 | $7.65 | 34 | $7.20 |
| BRITTON, LISA L | 8/3/2004 | 6/2/2001 | Stylist | 9/7/2001 | 6 | $328.59 | 33 | $9.96 | 35 | $9.39 | 36 | $9.13 | 38 | $8.65 |
| WILTZ, WONALDOLYNN | 9/8/2004 | 10/5/2002 | Stylist | 11/11/2002 | 3 | $181.33 | 23 | $7.88 | 25 | $7.25 | 26 | $6.97 | 28 | $6.48 |
| MATHEWS, SHEVELLA | 9/3/2004 | 10/6/2003 | Stylist | 11/14/2003 | 5 | $443.81 | 42 | $10.57 | 44 | $10.09 | 45 | $9.86 | 47 | $9.44 |
| GALLAGHER, DANIELLE | 9/9/2004 | 12/11/2002 | Receptionist | 12/27/2002 | 2 | $30.90 | 6 | $5.15 | 8 | $3.86 | 9 | $3.43 | 11 | $2.81 |
| BOLIN, NICOLE M | 9/17/2004 | 9/9/2003 | Receptionist | 10/31/2003 | 7 | $105.04 | 17 | $6.18 | 19 | $5.53 | 20 | $5.25 | 22 | $4.77 |
| FREED, ANDREA S | 9/20/2004 | 2/21/2004 | Stylist | 3/5/2004 | 7 | $24.51 | 1 | $24.51 | 3 | $8.17 | 4 | $6.13 | 6 | $4.09 |
| MORUA, YOLANDA | 10/18/2004 | 10/3/2003 | Stylist | 11/14/2003 | 5 | $280.42 | 33 | $8.50 | 35 | $8.01 | 36 | $7.79 | 38 | $7.38 |
| PATTON, JULIE A | 9/20/2004 | 1/7/2002 | Stylist | 2/22/2002 | 7 | $277.34 | 23 | $12.06 | 25 | $11.09 | 26 | $10.67 | 28 | $9.90 |
| BROOKS, WANDA R | 8/9/2004 | 8/24/2004 | Stylist | 10/15/2004 | 7 | $291.97 | 36 | $8.11 | 38 | $7.68 | 39 | $7.49 | 41 | $7.12 |
| LISTER, PHILLIP H | 8/25/2004 | 2/5/2004 | Stylist | 2/20/2004 | 3 | $198.67 | 10 | $19.87 | 12 | $16.56 | 13 | $15.28 | 15 | $13.24 |
| SIMS, TAMMY M | 8/18/2004 | 11/3/2001 | Stylist | 11/16/2001 | 2 | $130.00 | 16 | $8.13 | 18 | $7.22 | 19 | $6.84 | 21 | $6.19 |
| DIAMOND, COREY L | 10/18/2004 | 9/28/2002 | Stylist | 11/11/2002 | 3 | $112.44 | 14 | $8.03 | 16 | $7.03 | 17 | $6.61 | 19 | $5.92 |
| TREVINO, ESPERANZA V | 9/29/2004 | 9/27/2002 | Stylist | 1/10/2003 | 7 | $73.66 | 12 | $6.14 | 14 | $5.26 | 15 | $4.91 | 17 | $4.33 |
| JONES, CASSUNDRA P | 8/3/2004 | 10/31/1998 | Stylist | 8/10/2001 | 2 | $173.39 | 20 | $8.67 | 22 | $7.88 | 23 | $7.54 | 25 | $6.94 |



EXHIBIT 5

tabbies

# Employee_Opt 1-8 Weeks

| Last Name | Date Filed | Hired | Title | Last Paid | Wks | Avg Gross | Avg Hrs | Avg Hrly | Hrs +2 | Avg Hrly | Hrs +3 | Avg Hrly | Hrs +5 | Avg Hrly |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PUGA, ROSA | 8/3/2004 | 3/17/2001 | Stylist | 9/7/2001 | 6 | $163.01 | 28 | $5.82 | 30 | $5.43 | 31 | $5.26 | 33 | $4.94 |
| SHORTER, DENISHEA M | 8/20/2004 | 11/23/2002 | Stylist | 1/24/2003 | 8 | $224.23 | 28 | $8.01 | 30 | $7.47 | 31 | $7.23 | 33 | $6.80 |
| MCCLELLAN, KENDALL A | 10/5/2004 | 6/25/2003 | Receptionist | 8/8/2003 | 5 | $99.00 | 16 | $6.19 | 18 | $5.50 | 19 | $5.21 | 21 | $4.71 |
| FISHER, VONDA Y | 9/10/2004 | 3/9/2004 | Receptionist | 4/16/2004 | 5 | $118.76 | 19 | $6.25 | 21 | $5.66 | 22 | $5.40 | 24 | $4.95 |
| MENDOZA, JO ANN | 9/7/2004 | 7/21/2002 | Stylist | 8/9/2002 | 1 | $98.29 | 12 | $8.19 | 14 | $7.02 | 15 | $6.55 | 17 | $5.78 |
| ROGERS, STACY L | 9/10/2004 | 6/16/2002 | Receptionist | 8/9/2002 | 7 | $86.96 | 15 | $5.80 | 17 | $5.12 | 18 | $4.83 | 20 | $4.35 |
| BROOKS, KIMBERLY S | 9/15/2004 | 2/7/2004 | Receptionist | 2/20/2004 | 1 | $108.00 | 18 | $6.00 | 20 | $5.40 | 21 | $5.14 | 23 | $4.70 |
| LATHON, SHONQUETTA T | 9/8/2004 | 4/7/2003 | Stylist | 4/18/2003 | 1 | $80.00 | 10 | $8.00 | 12 | $6.67 | 13 | $6.15 | 15 | $5.33 |
| ROMERO, ESMERALDA | 8/3/2004 | 3/1/2001 | Receptionist | 9/7/2001 | 5 | $103.07 | 19 | $5.42 | 21 | $4.91 | 22 | $4.69 | 24 | $4.29 |
| BANKS, EULAH L | 9/7/2004 | 6/10/2003 | Stylist | 7/11/2003 | 4 | $146.78 | 21 | $6.99 | 23 | $6.38 | 24 | $6.12 | 26 | $5.65 |
| CRABTREE, DEBORAH M | 9/29/2004 | 1/18/2003 | Stylist | 3/7/2003 | 5 | $177.67 | 26 | $6.83 | 28 | $6.35 | 29 | $6.13 | 31 | $5.73 |
| HALSELL, ELLIE | 8/23/2004 | 2/1/2003 | Stylist | 2/21/2003 | 1 | $152.59 | 6 | $25.43 | 8 | $19.07 | 9 | $16.95 | 11 | $13.87 |
| PAYNE, DON A | 9/9/2004 | 6/19/2002 | Stylist | 7/26/2002 | 5 | $103.74 | 15 | $6.92 | 17 | $6.10 | 18 | $5.76 | 20 | $5.19 |
| GILCHRIST, DEBRA S | 8/18/2004 | 1/10/2002 | Receptionist | 3/8/2002 | 7 | $83.83 | 16 | $5.24 | 18 | $4.66 | 19 | $4.41 | 21 | $3.99 |
| ROEBUCK, IVETTE | 9/8/2004 | 10/1/2002 | Stylist | 11/1/2002 | 3 | $101.00 | 17 | $5.94 | 19 | $5.32 | 20 | $5.05 | 22 | $4.59 |
| HUDSON, DEBORA A | 9/29/2004 | 6/4/2002 |  | 7/26/2002 | 8 | $306.45 | 33 | $9.29 | 35 | $8.76 | 36 | $8.51 | 38 | $8.06 |
| CLINES, CHRISTOPHER A | 8/18/2004 | 3/27/2004 | Receptionist | 5/14/2004 | 6 | $97.55 | 19 | $5.13 | 21 | $4.65 | 22 | $4.43 | 24 | $4.06 |
| SCHERBIG, MANDI G | 8/19/2004 | 7/18/2003 | Receptionist | 8/22/2003 | 4 | $105.42 | 17 | $6.20 | 19 | $5.55 | 20 | $5.27 | 22 | $4.79 |
| MONREAL, MARGARITA R | 9/10/2004 | 9/30/2002 | Stylist | 11/11/2002 | 3 | $204.00 | 26 | $7.85 | 28 | $7.29 | 29 | $7.03 | 31 | $6.58 |
| HERNANDEZ, DELMA P | 9/13/2004 | 6/14/2003 | Stylist | 6/27/2003 | 1 | $93.00 | 16 | $5.81 | 18 | $5.17 | 19 | $4.89 | 21 | $4.43 |
| VARNADO, TAMMY J | 8/31/2004 | 3/31/2003 | Stylist | 5/16/2003 | 6 | $177.40 | 24 | $7.39 | 26 | $6.82 | 27 | $6.57 | 29 | $6.12 |
| CARTER, ANGELA L | 9/3/2004 | 4/3/2004 | Receptionist | 4/16/2004 | 1 | $20.60 | 4 | $5.15 | 6 | $3.43 | 7 | $2.94 | 9 | $2.29 |
| RED, SABRA A | 8/17/2004 | 2/15/2004 | Stylist | 4/18/2003 | 6 | $269.53 | 34 | $7.93 | 36 | $7.49 | 37 | $7.28 | 39 | $6.91 |
| BEADLES, JEFFORY H | 9/7/2004 | 9/25/2003 | Stylist | 10/31/2003 | 5 | $183.34 | 24 | $7.64 | 26 | $7.05 | 27 | $6.79 | 29 | $6.32 |

# Employee_Opt 9-13 Weeks

| Last Name | Date Filed | Hired | Title | Last Paid | Wks | Avg Gross | Avg Hrs | Avg Hrly | Hrs +2 | Avg Hrly | Hrs +3 | Avg Hrly | Hrs +5 | Avg Hrly |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MALONE, DONNA E | 8/10/2004 | 3/10/2003 | Stylist | 5/30/2003 | 10 | $267.99 | 32 | $8.37 | 34 | $7.88 | 35 | $7.66 | 37 | $7.24 |
| CARR, PRINCESS S | 7/30/2004 | 8/17/2003 | Stylist | 11/28/2003 | 13 | $201.85 | 25 | $8.07 | 27 | $7.48 | 28 | $7.21 | 30 | $6.73 |
| MARTINEZ, EMMA K | 8/20/2004 | 7/8/2002 | Receptionist | 10/4/2002 | 11 | $139.39 | 26 | $5.36 | 28 | $4.98 | 29 | $4.81 | 31 | $4.50 |
| GRISHANM, CYNTHIA A | 8/13/2004 | 10/23/2003 | Stylist | 12/26/2003 | 9 | $354.44 | 37 | $9.58 | 39 | $9.09 | 40 | $8.86 | 42 | $8.44 |
| HOPKINS, PATRICIA S | 8/19/2004 | 4/17/2004 | Stylist | 6/25/2004 | 11 | $165.03 | 21 | $7.86 | 23 | $7.18 | 24 | $6.88 | 26 | $6.35 |
| MEDINA, MARCELA M | 9/9/2004 | 11/10/2001 | Stylist | 2/8/2002 | 11 | $192.92 | 27 | $7.15 | 29 | $6.65 | 30 | $6.43 | 32 | $6.03 |
| WARREN, KIM A | 9/15/2004 | 3/3/2003 | Stylist | 5/2/2003 | 9 | $191.43 | 24 | $7.98 | 26 | $7.36 | 27 | $7.09 | 29 | $6.60 |
| HERNANDEZ, MICHAEL | 8/2/2004 | 4/26/2003 | Stylist | 7/11/2003 | 9 | $261.18 | 34 | $7.68 | 36 | $7.26 | 37 | $7.06 | 39 | $6.70 |
| CARTER, CHERYL R | 9/9/2004 | 1/9/2004 | Receptionist | 4/2/2004 | 11 | $157.80 | 24 | $6.57 | 26 | $6.07 | 27 | $5.84 | 29 | $5.44 |
| DELACRUZ, MONICA M | 8/6/2004 | 7/10/2001 | Stylist | 10/19/2001 | 10 | $594.51 | 37 | $16.07 | 39 | $15.24 | 40 | $14.86 | 42 | $14.16 |
| ESTRADA, CYNTHIA G | 8/17/2004 | 7/20/2002 | Receptionist | 11/29/2002 | 11 | $144.42 | 27 | $5.35 | 29 | $4.98 | 30 | $4.81 | 32 | $4.51 |
| JOINER, AMANDA L | 8/23/2004 | 12/10/2001 | Stylist | 2/22/2002 | 10 | $233.55 | 33 | $7.08 | 35 | $6.67 | 36 | $6.49 | 38 | $6.15 |
| GOODLETTE, THI HAI | 7/28/2004 | 5/10/2003 | Stylist | 7/11/2003 | 9 | $202.90 | 27 | $7.51 | 29 | $7.00 | 30 | $6.76 | 32 | $6.34 |
| STOCKMAN, LAURIE A | 8/11/2004 | 2/28/2004 | Stylist | 5/14/2004 | 9 | $358.97 | 35 | $10.26 | 37 | $9.70 | 38 | $9.45 | 40 | $8.97 |
| STORMES, LISA A | 8/11/2004 | 5/14/2003 | Stylist | 7/25/2003 | 9 | $209.56 | 26 | $8.06 | 28 | $7.48 | 29 | $7.23 | 31 | $6.76 |
| JONES, PAT J | 9/9/2004 | 3/8/2003 | Stylist | 6/13/2003 | 12 | $252.11 | 33 | $7.64 | 35 | $7.20 | 36 | $7.00 | 38 | $6.63 |
| GARZA, EVITA M | 8/24/2004 | 1/15/2002 | Receptionist | 4/19/2002 | 11 | $55.79 | 11 | $5.07 | 13 | $4.29 | 14 | $3.99 | 16 | $3.49 |
| KHAN, VANESSA J | 8/18/2004 | 4/1/2004 | Stylist | 2/20/2004 | 11 | $198.37 | 29 | $6.84 | 31 | $6.40 | 32 | $6.20 | 34 | $5.83 |
| BURKES, SUSAN C | 8/17/2004 | 11/1/2003 | Stylist | 1/9/2004 | 10 | $96.92 | 16 | $6.06 | 18 | $5.38 | 19 | $5.10 | 21 | $4.62 |
| MOSES, BRENDA L | 10/1/2004 | 4/29/2003 | Stylist | 7/11/2003 | 10 | $192.87 | 30 | $6.43 | 32 | $6.03 | 33 | $5.84 | 35 | $5.51 |
| FINCHER, ELIZABETH L | 9/29/2004 | 5/12/2003 | Stylist | 7/11/2003 | 12 | $242.29 | 29 | $8.35 | 31 | $7.82 | 32 | $7.57 | 34 | $7.13 |

21

TAB b

# Employee_Opt Receptionist Rate

| Name | Pay Period | Hours | Gross | Gross Rate | W/O Product | W/O Product |
|------|-----------|-------|-------|-----------|-------------|-------------|
| AGUILAR, BIANCA | 200410 | 57 | $347.74 | $6.10 | $342.00 | $6.00 |
| ARLDT, JULIE M | 200211 | 38 | $195.70 | $5.15 | $195.70 | $5.15 |
| BARBOSA, BRENDA G | 200211 | 11 | $56.65 | $5.15 | $56.65 | $5.15 |
| BLAGMAN, JESSICA | 200202 | 15 | $78.87 | $5.26 | $77.25 | $5.15 |
| BOLIN, NICOLE M | 200319 | 12 | $72.00 | $6.00 | $72.00 | $6.00 |
| BROOKS, KIMBERLY S | 200404 | 18 | $108.00 | $6.00 | $108.00 | $6.00 |
| CARTER, ANGELA L | 200408 | 4 | $20.60 | $5.15 | $20.60 | $5.15 |
| CARTER, CHERYL R | 200402 | 42 | $262.71 | $6.26 | $252.00 | $6.00 |
| CLINES, CHRISTOPHER A | 200408 | 35 | $180.25 | $5.15 | $180.25 | $5.15 |
| CORTEZ, MARIA | 200117 | 53.5 | $287.49 | $5.37 | $275.53 | $5.15 |
| DEFOE, TANYA G | 200301 | 45 | $238.67 | $5.30 | $231.76 | $5.15 |
| DICKERSON, JACQUELYNNE | 200319 | 2.75 | $14.16 | $5.15 | $14.16 | $5.15 |
| ESTIMBO, JONATHAN C | 200213 | 12 | $61.80 | $5.15 | $61.80 | $5.15 |
| ESTRADA, CYNTHIA G | 200216 | 45.75 | $250.95 | $5.49 | $235.61 | $5.15 |
| FISHER, VONDA Y | 200406 | 11.25 | $69.88 | $6.21 | $67.50 | $6.00 |
| GALEANO, NANCY L | 200116 | 80 | $480.00 | $6.00 | $480.00 | $6.00 |
| GALLAGHER, DANIELLE | 200226 | 12 | $61.80 | $5.15 | $61.80 | $5.15 |
| GARZA, EVITA M | 200202 | 4.25 | $21.89 | $5.15 | $21.89 | $5.15 |
| GEORGE, DARLA | 200122 | 9 | $48.42 | $5.38 | $46.35 | $5.15 |
| GILCHRIST, DEBRA S | 200202 | 31.5 | $171.19 | $5.43 | $162.23 | $5.15 |
| JOHNSON, TOYA L | 200305 | 38.5 | $360.94 | $9.38 | $346.50 | $9.00 |
| KROG, KATHRYN L | 200220 | 51.5 | $337.74 | $6.56 | $334.75 | $6.50 |
| LANGTON, CARA A | 200206 | 4.25 | $25.50 | $6.00 | $25.50 | $6.00 |
| LATIGO, SANDRA E | 200118 | 66 | $416.55 | $6.31 | $396.00 | $6.00 |
| LATIGO, VANESSA | 200205 | 20 | $120.00 | $6.00 | $120.00 | $6.00 |
| LYNN, DANIELLE R | 200218 | 29.5 | $155.91 | $5.29 | $151.93 | $5.15 |
| MARTINEZ, EMMA K | 200215 | 62 | $334.35 | $5.39 | $319.31 | $5.15 |
| MATTOX, JESSICA M | 200318 | 15 | $81.63 | $5.44 | $77.25 | $5.15 |
| MCCLELLAN, KENDALL A | 200314 | 33.75 | $202.50 | $6.00 | $202.50 | $6.00 |
| METTURA, NATASHA | 200119 | 41 | $231.55 | $5.65 | $225.50 | $5.50 |
| MOORE, TIFFANY D | 200403 | 17 | $102.00 | $6.00 | $102.00 | $6.00 |
| PRESTON, AMBERLY E | 200303 | 58 | $351.82 | $6.07 | $348.00 | $6.00 |
| PROCTOR, LAKEITHA | 200117 | 6 | $30.90 | $5.15 | $30.90 | $5.15 |
| ROGERS, STACY L | 200213 | 16 | $86.05 | $5.38 | $82.40 | $5.15 |
| ROMERO, ESMERALDA | 200116 | 47 | $250.13 | $5.32 | $242.05 | $5.15 |
| SCHERBIG, MANDI G | 200315 | 6.25 | $37.50 | $6.00 | $37.50 | $6.00 |
| SCHUILWERVE, AMANDA G | 200124 | 33.5 | $179.66 | $5.36 | $172.53 | $5.15 |
| SPIVEY, BRANDY S | 200205 | 9 | $46.35 | $5.15 | $46.35 | $5.15 |
| STEPHENS, WENDY L | 200321 | 54 | $283.18 | $5.24 | $278.10 | $5.15 |
| STONE, ADRIA | 200202 | 12.5 | $66.17 | $5.29 | $64.38 | $5.15 |
| SWANK, SHARON L | 200120 | 63 | $495.44 | $7.86 | $456.76 | $7.25 |



EXHIBIT

6

TAB 7

TAB 7