```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

| | | |
|---|---|---|
| **CELIA JOHNSON** | § | |
| | § | Civil Action No. H-03-3641 |
| Plaintiff, | § | |
| | § | JURY TRIAL DEMANDED |
| v. | § | |
| | § | |
| **TGF PRECISION HAIRCUTTERS,** | § | COLLECTIVE ACTION |
| **INC.,** | § | PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant. | § | |

## CLARIFICATION ORDER

It is ORDERED that the order of this Court in No. H-03-3641, Celia Johnson, et al v. TGF PRECISION HAIRCUTTERS, INC., In the United States District Court for the Southern District of Texas is clarified as follows:

1. Each plaintiff should file a separate suit or be tried separately;

2. Each plaintiff that did not file a separate suit is denied the 30-day tolling provision of the order; and

3. The cases in the Houston Division should be transferred to this Court for separate trials.

Signed the _____ day of _____, 2005.

```
                         _____
                         UNITED STATES DISTRICT JUDGE
```