United States Courts
Southern District of Texas
ENTERED

NOV 2 2 2005

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Celia Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. H-03-3641 |
| v. | § | |
| | § | |
| | § | |
| | § | |
| TGF Precision Haircutters, Inc | § | |
| et al., Defendant. | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on November 22, 2005.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

11/7 per K.A.



EDWARDS BURNS & KRIDER LLP

HOUSTON
DALLAS
BALTIMORE

**VIA REGULAR MAIL**                                                November 18, 2005

The Honorable Ewing Werlein, Jr
United States District Judge
515 Rusk Avenue
Room 9136
Houston, Texas 77002

    Re:    C.A. No. H:03-3641; *Celia Johnson v. TGF Precision Haircutters, Inc. et al.*; In the United States District Court for the Southern District of Texas; Houston Division

Dear Judge Werlein:

    The parties announce that the plaintiffs in the above-styled case and numerous other related cases filed in Texas have reached a tentative settlement with the defendants. Once the parties have finalized the settlement, they will file the necessary dismissal papers.

    Thank you for your courtesies in this regard.

                                                          Very truly yours,

                                                          Brady Edwards

cc:    Larry D. Knippa
        KNIPPA & KRAL
        909 Fannin, Suite 2300
        Houston, TX 77010

        Michael Jay Kuper, Esq.
        MICHAEL KUPER
        2800 Post Oak Blvd., 61st Floor
        Houston, Texas 77056

        Raymond Lyle Kalmans
        109 N. Post Oak Lane, Ste 300
        Houston, Texas  77024